AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>CHARLES LIEBER<br><br>*Defendant(s)* | Case No.<br>20-mj-2158-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 28, 2018 & January 10, 2019  in the county of  Middlesex  in the  _____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | Making false statements to the agency of the United States Government |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Robert Plumb.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Plumb, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/27/2020

_____
*Judge's signature*

City and state:  Boston, MA

Hon. Marianne B. Bowler
*Printed name and title*