# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  
V.

Charles Lieber

**APPEARANCE**

Case Number: 1:20-mj-02158-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Charles Lieber.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☑ Retained
- ☐ Pro Bono

| | |
|---|---|
| 5/21/2020 | Torrey Young  *Digitally signed by Torrey Young Date: 2020.05.21 17:07:30 -04'00'* |
| Date | Signature |
| | Torrey K. Young — 682550 |
| | Print Name / Bar Number |
| | Mukasey Frenchman & Sklaroff LLP, 140 East 45th Street, 17th Floor |
| | Address |
| | New York    NY    10017 |
| | City / State / Zip Code |
| | (212) 466-6400 |
| | Phone Number / Fax Number |

# CERTIFICATE OF SERVICE

   I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2020.

               /s/ Torrey K. Young
               Torrey K. Young