JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

City **Boston, MA**

County **Suffolk**

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   20-mj-2158-MBB
Search Warrant Case Number   20-mj-2159/2160-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Charles Lieber        Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State)   27 Hayes Avenue, Lexington, MA

Birth date (Yr only): 1959   SSN (last4#): _____   Sex M   Race: White   Nationality: American

**Defense Counsel if known:**   Peter Gelhaar   Address   260 Franklin Street

**Bar Number** _____   Suite 1600
Boston, MA

**U.S. Attorney Information:**

AUSA   Jason A. Casey   Bar Number if applicable _____

Interpreter:   ☐ Yes   ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☐ Yes   ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   01/28/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Judge Marianne B. Bowler   on   January 30, 2020

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   June 9, 2020   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Charles Lieber

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001(a)(2) | False Statements | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____