JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

City __Boston, MA__    Related Case Information:

County __Suffolk__

Superseding Ind./ Inf. _____    Case No. __20-cr-10111-RWZ__
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number __20-mj-2158-MBB__
Search Warrant Case Number __20-mj-2159/2160-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Charles Lieber__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    (City & State) __27 Hayes Avenue, Lexington, MA__

Birth date (Yr only): __1959__  SSN (last4#): ____  Sex __M__  Race: __White__  Nationality: __American__

**Defense Counsel if known:** __Marc Mukasey__    Address __New York, NY__

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Jason A. Casey__    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date __01/28/2020__

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: __Judge Marianne B. Bowler__ on __January 30, 2020__

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __July 28, 2020__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):     20-cr-10111-RWZ

**Name of Defendant**     Charles Lieber

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001(a)(2) | False Statements | 1 and 2 |
| Set 2 | 26 U.S.C. § 7206(1) | Filing False Tax Returns | 3 and 4 |
| Set 3 | 31 U.S.C. §§ 5312, 5322(a) | Failure to File Reports of Foreign Bank and Financial Accounts | 5 and 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**