UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br> ) | Case No. S1 20-cr-10111-RWZ |

## SUPPLEMENTAL AFFIDAVIT OF JENNIFER KARAS LIEBER

Pursuant to Title 28 U.S.C. § 1746, I, Jennifer K. Lieber, declare as follows:

1. I am the wife of defendant Charles Lieber. I submit this affidavit in support of his Assented to Motion of Defendant Charles Lieber to Amend Conditions of Release (the "Motion").

2. I jointly own the residence, located at ▮▮▮▮▮▮▮▮▮▮.

3. I consent to the use of the residence as security for the proposed personal recognizance bond.

4. Attached as **Exhibit 1** is a true and correct copy of the Promissory Note that is the encumbrance on the residence. This is the only encumbrance on the residence.

5. Attached as **Exhibit 2** is a true and correct copy of the Appraisal of the Residence.

6. Attached as **Exhibit 3** is a true and correct copy of the Calculation to Satisfy the Encumbrance.

I declare under penalty of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct.

Dated: Lexington, Massachusetts
July 29, 2020

By: _____
Jennifer K. Lieber