

File No. 202292

********* INVOICE *********

File Number: 202292 6/18/2020

Tom Skerry
Harvard University
1414 Massachusetts Ave Room 465
Cambridge, MA 02138

Invoice # : 202292
Order Date : 6/3/2020 1:22:00 PM
Reference/Case # :

APPRAISAL REPORT

| | | |
|---|---|---|
| Appraisal Services | $ | 750.00 |
| | $ | 0.00 |
| Invoice Total | $ | 750.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| Amount Due | $ | 750.00 |

Terms: Payable upon receipt

Please Make Check Payable To:

The Appraisers Group, Inc.
44 Trapelo Road
Belmont, MA 02478

Fed. I.D. #:

REAL ESTATE The APPRAISERS Group ESTABLISHED 1983 RESEARCH & VALUATION

File No. 202292

APPRAISAL OF

A SINGLE FAMILY

LOCATED AT:

[redacted]

CLIENT:

Harvard University
1414 Massachusetts Ave Room 465
Cambridge, MA, 02138

AS OF:

June 11, 2020

BY:

Judy R. Brew
MA Cert. Gen. R.E. Appr. #170



File No. 202292

06/15/2020

Tom Skerry
Harvard University
1414 Massachusetts Ave Room 465
Cambridge, MA, 02138

File Number: 202292

Dear Mr. Skerry:

In accordance with your request, I have appraised the real property at:

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of June 11, 2020 is:

$1,475,000
One Million Four Hundred Seventy-Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Sincerely,

Judy R. Brew
MA Cert. Gen. R.E. Appr. #170

The Appraisers Group

# Residential Appraisal Report

File No. 202292

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User Harvard University | E-mail tskerry@harvard.edu

Client Address 1414 Massachusetts Ave Room 465 | City Cambridge | State MA | Zip 02138

Additional Intended User(s) Any duly authorized representatives of the client.

Intended Use To assist with a mortgage finance transaction.

## SUBJECT

Property Address [redacted] | City [redacted] | State [redacted] | Zip [redacted]

Owner of Public Record Charles M Lieber/Jennifer Karas Lieber | County [redacted]

Legal Description [redacted]

Assessor's Parcel # [redacted] | Tax Year 2020 | R.E. Taxes $ 22,437.85

Neighborhood Name [redacted] | Map Reference See attached | Census Tract N/A

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer: Date 07/19/1991 | Price $584,000 | Source(s) Deed

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) There have been no sales of the subject within the past 36 months or the comparables within the 12 months prior to their respective sales dates.

Offerings, options and contracts as of the effective date of the appraisal None

## NEIGHBORHOOD

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 100 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [X] Shortage | [ ] In Balance | [ ] Over Supply | | | 2-4 Unit | % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [X] Under 3 mths | [ ] 3-6 mths | [ ] Over 6 mths | 850 Low | 0 | Multi-Family | % |
| | | | | | | | | 3,800 High | 235 | Commercial | % |
| | | | | | | | | 1,625 Pred. | 55 | Other | % |

Neighborhood Boundaries [redacted]

Neighborhood Description [redacted]

Market Conditions (including support for the above conclusions) See Attached Addendum

## SITE

Dimensions Refer to attached deed | Area 30,436 sf | Shape Irregular | View Average

Specific Zoning Classification RS2 (residential) | Zoning Description 125' minimum frontage; 15,500 minimum SF lot.

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) See Attached Addendum

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. Existing use is considered to be the highest and best use due to residential zoning of the property and the dwelling's contribution to value.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street | Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley | None | [ ] | [ ] |

Site Comments [redacted]

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit [ ] | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete | Floors HW,Crpt |
| # of Stories 1.75 | [X] Full Basement [ ] Partial Basement | Exterior Walls Wd.Shingles | Walls Plaster |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1438 sq. ft. | Roof Surface Asphalt | Trim/Finish Wood |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 15 % | Gutters & Downspouts Aluminum | Bath Floor Tile |
| Design (Style) Cape | [X] Outside Entry/Exit [ ] Sump Pump | Window Type Dbl hung | Bath Wainscot Tile |
| Year Built 1938 | | Storm Sash/Insulated Yes/yes | Car Storage [ ] None |
| Effective Age (Yrs) 20-25 | | Screens Yes | [X] Driveway # of Cars 4 |
| Attic [X] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) # 0 | Driveway Surface Asphalt |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 3 [ ] Fence 0 | [X] Garage # of Cars 2 |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck 0 [ ] Porch 0 | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool 0 [ ] Other 0 | [ ] Att. [ ] Det. [X] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 10 Rooms 4 Bedrooms 3 Bath(s) 2,982 Square Feet of Gross Living Area Above Grade

Additional Features See "Conditions of Improvements" section below.

Comments on the Improvements See Attached Addendum

Produced using ACI software, 800.234.8727 www.aciweb.com

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.

(gPAR™) General Purpose Appraisal Report 3/2017

GPARSUM_17 03272017

The Appraisers Group

# Residential Appraisal Report

File No. 202292

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address , | | | | | | | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | | $ 1,600,000 | | $ 1,335,000 | | $ 1,515,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 543.29 sq. ft. | | $ 479.53 sq. ft. | | $ 460.63 sq. ft. | |
| Data Source(s) | | Office Inspection | | MLS slideshow | | MLS slideshow | |
| Verification Source(s) | | Assessors Records | | Assessors Records | | Assessor's Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | None noted | | None noted | | Cash | |
| Date of Sale/Time | | 3/18/2020 | | 3/31/2020 | | 8/1/2019 | |
| Location | Good | Similar | | Inferior | 66,750 | Inferior | 75,750 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 30,436 sf | 24620 sf | | 30871 sf | | 31307 sf | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Cape | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 82 Years | 130 Years | | 31 Years | | 291 Years | |
| Condition | Average | Superior | -160,000 | Similar | | Similar | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 10 / 4 / 3 | 10 / 5 / 2.5 | 15,000 | 8 / 4 / 2.5 | 15,000 | 12 / 7 / 3F2H | -30,000 |
| Gross Living Area 125.00 | 2,982 sq. ft. | 2,945 sq. ft. | 0 | 2,784 sq. ft. | 24,750 | 3,289 sq. ft. | -38,375 |
| Basement & Finished Rooms Below Grade | Full/Unfinished | Full/unfinished | | Full/unfinished | | Full/Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Adeq / CAC | Adeq/CAC | | Adeq/CAC | | Adeq/CAC | |
| Energy Efficient Items | None noted | None noted | | None noted | | None noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | None | Porches/Patio | -15,000 | Deck | -10,000 | Porches/Patio | -15,000 |
| Fireplace(s) | 3 F/P | 1 F/P | 0 | 2 F/P | 0 | 1 F/P | 0 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 160,000 | ☒ + ☐ - | $ 96,500 | ☐ + ☒ - | $ 7,625 |
| Adjusted Sale Price of Comparables | | Net Adj. -10.0% Gross Adj. 11.9% | $ 1,440,000 | Net Adj. 7.2% Gross Adj. 8.7% | $ 1,431,500 | Net Adj. -0.5% Gross Adj. 10.5% | $ 1,507,375 |

Summary of Sales Comparison Approach See Attached Addendum

Indicated Value by Sales Comparison Approach $ 1,475,000

## COST APPROACH TO VALUE

Site Value Comments

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data

Quality rating from cost service Effective date of cost data

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

The Cost Approach is most commonly used for new construction or special use properties The subject is an older Cape style single family dwelling with typical depreciation. Buyers in this market do not use this type of valuation when purchasing residential properties.

OPINION OF SITE VALUE ........................................ = $

Dwelling Sq. Ft. @ $ ............ = $

Sq. Ft. @ $ ............ = $

Garage/Carport Sq. Ft. @ $ ............ = $

Total Estimate of Cost-New ............ = $

Less Physical Functional External

Depreciation = $( )

Depreciated Cost of Improvements ................................ = $

"As-is" Value of Site Improvements ................................ = $

INDICATED VALUE BY COST APPROACH ...................... = $

## INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## RECONCILIATION

Methods and techniques employed: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Discussion of methods and techniques employed, including reason for excluding an approach to value: Cost approach is not considered a reliable indicator and has not been applied. Income approach not applied as it is believed that this type of home in this community would not be purchased for its income potential.

Reconciliation comments: The sales comparison approach is most indicative of current market trends.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of 06/11/2020, which is the effective date of this appraisal, is:

☒ Single point $ 1,475,000 ☐ Range $ to $ ☐ Greater than ☐ Less than $

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed ☐ subject to the following:

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.

The Appraisers Group

# Residential Appraisal Report

File No. 202292

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address , | | | | | | | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | | $ 1,349,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 532.57 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS slideshow | | | | | |
| Verification Source(s) | | Assessor's Record, broker | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | None Known | | | | | |
| Date of Sale/Time | | Pending | | | | | |
| Location | Good | Average | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 30,436 sf | 14,160 Sq.Ft. | 81,400 | | | | |
| View | Average | Average | | | | | |
| Design (Style) | Cape | Cape | | | | | |
| Quality of Construction | Average | Inferior | 67,450 | | | | |
| Actual Age | 82 Years | 70 Years | | | | | |
| Condition | Average | Superior | -67,450 | | | | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 10 / 4 / 3 | 10 / 4 / 3 | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area 125.00 | 2,982 sq. ft. | 2,533 sq. ft. | 56,125 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | Full/Unfinished | Full/finished, BA | -50,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Adeq / CAC | Adeq / CAC | | | | | |
| Energy Efficient Items | None noted | None noted | | | | | |
| Garage/Carport | 2 Car Garage | 1 Car Garage | 20,000 | | | | |
| Porch/Patio/Deck | None | Deck | -10,000 | | | | |
| Fireplace(s) | 3 F/P | 4 F/P | 0 | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 97,525 | [X] + [ ] - | $ 0 | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 7.2% Gross Adj. 26.1% | $ 1,446,525 | Net Adj. 0.0% Gross Adj. 0.0% | $ 0 | Net Adj. % Gross Adj. % | $ |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.



## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 3/2017
GPARSUM_17 03272017

The Appraisers Group
Residential Appraisal Report

File No. 202292

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:
I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment.

Definition of Value: [X] Market Value [ ] Other Value:
Source of Definition: Federal Register, vol. 55, no. 163, August 22, 1990, pages 34228 and 34229.
Market Value is defined as:
The most probable price which a property should bring in competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1.Buyer and seller are typically motivated;
2.Both parties are well informed or well advised, and acting in what they consider their own best interests;
3.a reasonable time is allowed for exposure in the open market;
4.payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5.the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

ADDRESS OF THE PROPERTY APPRAISED:
[redacted]
[redacted]
EFFECTIVE DATE OF THE APPRAISAL: 06/11/2020
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 1,475,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: [signature] | Signature: |
| Name: Judy R. Brew | Name: |
| Company Name: The Appraisers Group, Inc. | Company Name: |
| Company Address: 44 Trapelo Road Belmont, MA 02478 | Company Address: |
| Telephone Number: 617-489-2003 | Telephone Number: |
| Email Address: value@appraisersgroup.com | Email Address: |
| State Certification # 170 | State Certification # |
| or License # | or License # |
| or Other (describe): State #: | State: |
| State: MA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 03/08/2022 | Date of Signature: |
| Date of Signature and Report: 06/18/2020 | Date of Property Viewing: |
| Date of Property Viewing: 06/11/2020 | Degree of property viewing: [ ] Interior and Exterior [ ] Exterior Only [ ] Did not personally view |
| Degree of property viewing: [X] Interior and Exterior [ ] Exterior Only [ ] Did not personally view | |

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 3/2017
GPARSUM_17 03272017

**Statement Relative to the Coronavirus (COVID-19)**
On March 13, 2020, the United States Government declared a “National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak”, which was in effect on the Effective Date of this Appraisal Report. This appraisal report was performed pursuant to the Uniform Standards of Professional Appraisal Practice (“USPAP”) and was based on information and comparable sales available on that date. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal.

**Clarification of Intended Use and Intended User**
The intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction. Subject to the stated Scope of Work and reporting requirements of this appraisal report form, and the Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Exposure Time**
The appraiser has estimated an Exposure Time of less than 45 days for the subject property. This Exposure Time was determined by MLS data, the appraiser’s expertise in the local market, and conversations with the local brokers, as well as the Days on Market of the comparables selected in this report. The Exposure Time chosen was deemed reasonable and reliable.

USPAP defines Exposure Time as “The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.”

**Additional Appraiser Certifications**
I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment.

This report was prepared in accordance with the requirements of the Appraiser Report option of Uniform Standards of Professional Appraisal Practice and Title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989, as amended (12 U.S.C. 3331et seq.), and any implementing regulations.

**Neighborhood Market Conditions**
The appraiser analyzed all Lexington single family sales within 2 separate 6 month periods. For the last six month period there were 106 sales with 42 DOM and a median sale price of $1,240,000. For the previous 6 month period there were 200 sales, 34 DOM and a median sale price of $1,200,000.

Little information regarding the impact of the current situation due to Covid-19 as to market activity or sales information is available at this time.

**Quality and Condition of Property**
The subject is a circa 1938 Cape style house in average overall condition and of average quality construction.

The exterior has wood shingle siding, an asphalt shingle roof with a portion rubber membrane, aluminum gutters and downspouts, double hung windows, and a concrete foundation. The roof was replaced in 2005.

A former screened porch was remodelled in 2009 and was incorporated into the house as additional living area.

The main level consists of a kitchen, fireplaced living room, fireplaced family room, dining room, office that could be utilized as a fifth bedroom, exercise room located off the living room (former porch), and full bath with laundry.

The kitchen, which has not been updated since before the 1991 purchase, has ceramic tile flooring, a built-in oven, gas stovetop, wood cabinetry, laminate counters, dishwasher, and disposal. The bath (with laundry) has hardwood flooring and ceramic tile wainscot. The family room has cathedral ceiling and a skylight.

The second floor consists of a master bedroom suite with master bath. The master has a separate tub

and shower. The walk-in shower was installed in 2018.  There are 3 additional bedrooms and a ceramic tiled full bath. Except for the baths, the remainder of the flooring on this level is older wall to wall carpeting.

The basement was finished many years ago and would need new flooring and walls if utilized. There is a fireplace. For the sake of the analysis the basement is considered unfinished. The remainder of the basement houses a gas fired HVAC, a newer domestic gas fired hot water tank, and electrical service boxes, and a work area.

There is a built-in 2 car garage.

**Comments on Sales Comparison**
After having thoroughly investigated the subject community by speaking to numerous brokers and appraisers, and researching sales data and current offerings, the sales chosen are deemed the best available and reliable as of the inspection date. The focus of my search was sales in Lexington similar in living area,  lot size and condition.

Because of a lack of recent comparable sales proximate to the subject, it was necessary to select sales across major boundary lines, over a mile, over six months, and of various styles.

Sale 2 adjusted 5% as it is located in an area of historically lower prices. Sale 3 adjusted 5% for inferior location on a busy street.

Lot size adjusted at $5 psf for discernible differences.

Sale 4 adjusted 5% for inferior architectural appeal (quality of construction).

Sales 1 and 4 adjusted 10% and 5% respectively for superior updating. Sale 1 was remodeled. Sale 4 has a new kitchen and new central a.c..

GLA adjusted at $125 psf for discernible differences.  After adjusting for GLA no additional adjustment was warranted for differences in room and bedroom count. Full baths adjusted at $30,000, half baths at $15,000.

There is no evidence that buyers in this market pay a premium for additional fireplaces and therefore no fireplace adjustment is deemed warranted.

The adjustments were derived through market extraction, after conversations with expert local brokers and tempered by the appraiser's judgement and experience. All sales were deemed supportive in the final opinion of value with sales 2 and 3, (more similar condition) given more weight .

Sale 4 is under agreement close to the asking price according to the broker.

FLOORPLAN SKETCH

File No. 202292

| Living Area | |
|---|---|
| First Floor | 1771 ft$^2$ |
| Second Floor | 1211.33 ft$^2$ |
| **Nonliving Area** | |
| 2 Car Built-In | 462 ft$^2$ |
| **Total Living Area (rounded):** | **2982 ft$^2$** |

| Area Calculation | | | | |
|---|---|---|---|---|
| **First Floor** | | | | **x 1.00 = 1771 ft$^2$** |
| □ | 23ft x | 13ft x | 1.00 = | 299.00 ft$^2$ |
| □ | 1ft x | 10ft x | 1.00 = | 10 ft$^2$ |
| □ | 55ft x | 15ft x | 1.00 = | 825 ft$^2$ |
| □ | 14ft x | 44ft x | 1.00 = | 616 ft$^2$ |
| □ | 7ft x | 3ft x | 1.00 = | 21 ft$^2$ |
| **Second Floor** | | | | **x 1.00 = 1211.33 ft$^2$** |
| Δ | 22ft x | 2ft x | 0.50 = | 22 ft$^2$ |
| Δ | 4ft x | 18.1ft x | 0.50 = | 36.20 ft$^2$ |
| Δ | 0.11ft x | 6ft x | 0.50 = | 0.32 ft$^2$ |
| Δ | 43.80ft x | 18.45ft x | 0.49 = | 394.05 ft$^2$ |
| Δ | 8.98ft x | 3.38ft x | 0.50 = | 15.19 ft$^2$ |
| Δ | 10.05ft x | 11.05ft x | 0.09 = | 10.5 ft$^2$ |
| Δ | 10.60ft x | 4.01ft x | 0.50 = | 21.27 ft$^2$ |
| Δ | 12.98ft x | 4.91ft x | 0.50 = | 31.90 ft$^2$ |
| Δ | 11.05ft x | 6ft x | 0.50 = | 33 ft$^2$ |
| Δ | 9.60ft x | 11.33ft x | 0.50 = | 54.39 ft$^2$ |
| Δ | 14.85ft x | 13.88ft x | 0.38 = | 78.68 ft$^2$ |
| Δ | 12.12ft x | 9.09ft x | 0.33 = | 36.44 ft$^2$ |
| Δ | 13.04ft x | 11.1ft x | 0.43 = | 61.74 ft$^2$ |
| Δ | 51.13ft x | 8.02ft x | 0.18 = | 72.55 ft$^2$ |
| Δ | 29ft x | 21.08ft x | 0.43 = | 262.42 ft$^2$ |
| Δ | 10.05ft x | 1ft x | 0.50 = | 5 ft$^2$ |
| □ | 1ft x | 10ft x | 1.00 = | 10 ft$^2$ |
| Δ | 0.11ft x | 6ft x | 0.50 = | 0.32 ft$^2$ |
| □ | 10.89ft x | 6ft x | 1.00 = | 65.35 ft$^2$ |



LOCATION MAP

File No.  202292



AERIAL MAP

File No. 202292

REAL ESTATE The APPRAISERS Group ESTABLISHED 1983 RESEARCH & VALUATION



SUBJECT PROPERTY PHOTO ADDENDUM

File No. 202292

FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: June 11, 2020
Appraised Value: $ 1,475,000

REAR VIEW OF
SUBJECT PROPERTY

STREET SCENE

REAL ESTATE
The
APPRAISERS
Group
ESTABLISHED
1983
RESEARCH & VALUATION



File No.  202292



kitchen                                          kitchen



kitchen                                          living room



exercise room/study                              dining room

File No.  202292



office

1st floor BA/laundry



1st floor BA/laundry

family room



master BR

master BR closet

File No. 202292



master BA                          master BA



master BA                          BA



BA                                 bedroom



bedroom                                           bedroom



basement                                          HVAC

COMPARABLE PROPERTY PHOTO ADDENDUM

File No. 202292



COMPARABLE SALE #1



Sale Date: 3/18/2020
Sale Price: $ 1,600,000



COMPARABLE SALE #2

Sale Date: 3/31/2020
Sale Price: $ 1,335,000



COMPARABLE SALE #3

Sale Date: 8/1/2019
Sale Price: $ 1,515,000



COMPARABLE PROPERTY PHOTO ADDENDUM

File No. 202292



COMPARABLE SALE #4

Sale Date: Pending
Sale Price: $ 1,349,000

COMPARABLE SALE #5

Sale Date:
Sale Price: $

COMPARABLE SALE #6

Sale Date:
Sale Price: $



File No. 202292

321299 P491 02

**** MASS. EXCISE TAX: 2663.04 *** MSD 07/19/91 03:04:46 781 25.00

Theodore Trivers and Grace S. Trivers

of Lexington, Middlesex County, Massachusetts,

for consideration paid $ 584,000.00

grant to Charles M. Lieber and Jennifer Karas Lieber Husband and wife as Tenants By the Entirety

of [redacted] with quitclaim covenants

The land with the buildings thereon now known as and numbered [redacted] bounded and described as follows:

Parcel One

NORTHWESTERLY [redacted]

NORTHEASTERLY

SOUTHEASTERLY

SOUTHWESTERLY

See Schedule "A" attached hereto. Also shown as Lot #1 on a Revised Plan of Land in Lexington, Mass. by Everett M. Brooks C.E., dated March 9 1936 recorded in

For title see deed recorded at the Middlesex South Registry of Deeds [redacted] in [redacted]

TAX 2663.04 CASH 2663.04 4268A015 14:13 CANCELLED MIDDLESEX SOUTH 07/19/91

Witness our hands and seals this 16 day of July 1991.

Theodore Trivers

Grace S. Trivers

**The Commonwealth of Massachusetts**

Middlesex ss. July 16 1991

Then personally appeared the above named Theodore Trivers and Grace S. Trivers

and acknowledged the foregoing instrument to be their free act and deed, before me,

(Marjorie D. Weeks) Notary Public

My Commission expires November 7 1991

Real Estate The Appraisers Group Established 1983 Research & Valuation

File No. 202292

B 21299 P 492

**Schedule A Description**

PARCEL TWO

A certain parcel of land situated in said Lexington, being shown as Lot #11 on "Plan of Castle Heights in Lexington, Massachusetts," dated August 28, 1946, Albert A. Miller and Wilbur C. Nylander, Civil Engineers and Surveyors, recorded with said Deeds, and bounded and described as follows:

NORTHEASTERLY

NORTHERLY

NORTHEASTERLY

SOUTHEASTERLY

SOUTHEASTERLY

WESTERLY

NORTHWESTERLY

Being the same premises conveyed to Parker C. Reed et ux by W. John Baskin et ux by deed dated September 24, 1948, and recorded with said Deeds,

The above premises are conveyed subject to restrictions of record so far as the same are now in force and applicable, including the Conservation Restriction granted to the Town of Lexington by said Clare W. Reed by instrument, dated March 20, 1984, and recorded with said Deeds in

There is excepted from said Parcel Two the following premises conveyed to Gordon R. Baty et ux, by deed dated May 23, 1985, and recorded with said Deeds in

A certain parcel of land situated on the easterly side in said Lexington and being shown as Lot 11A on plan entitled "Compiled Subdivision Plan of Land in Lexington, Mass., dated Dec. 19, 1984, as Revised March 15, 1985, by Miller & Nylander Co., Division of Boston Survey Consultants Inc., recorded with said Deeds in and bounded and described as follows:

Beginning at a point on the easterly side at the intersection of the dividing line between said shown on said Plan, thence bounded:

NORTHERLY

EASTERLY

SOUTHERLY

WESTERLY

Containing 10,194 square feet of land, more or less, according to said plan.

REAL ESTATE The APPRAISERS Group ESTABLISHED 1983 RESEARCH & VALUATION

File No. 202292

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF PROFESSIONAL LICENSURE
BOARD OF
REAL ESTATE APPRAISERS
ISSUES THE FOLLOWING LICENSE CERT
GEN. REAL ESTATE APPRAISER
JUDY R BREW
170 03/08/2022 802798
LICENSE NUMBER EXPIRATION DATE SERIAL NUMBER
LICENSEE SIGNATURE



