UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. S1 20-cr-10111-RWZ |
| v. ) | |
| ) | |
| CHARLES LIEBER, ) | |
| ) | |
| Defendant. ) | |

ASSENTED TO MOTION OF DEFENDANT CHARLES LIEBER
FOR A COURT CONFERENCE TO EFFECTUATE THE BAIL ORDER

At the request of the Court, Defendant Charles Lieber respectfully requests a teleconference regarding effectuating the personal recognizance bond and documenting the satisfaction of a prior encumbrance on Professor Lieber's residence per the Order as to Professor Lieber's Assented to Motion to Modify Conditions of Release (the "Order") (Dkt. #40). The government assents to the relief requested herein.

**Background**

On January 28, 2020, Professor Lieber was arrested upon a complaint and charged in two counts with violations of Title 18 United States Code, Section 1001. On January 30, 2020, Professor Lieber was admitted to bail upon his execution of a $1,000,000 cash appearance bond; the surrender of his passport and that of his wife; restricted travel; various reporting obligations; and other standard conditions, all of which were satisfied (Dkt. #15).

On March 12, 2020, this Court modified Professor Lieber's bail conditions to allow for travel to immediate family members in New Jersey and Pennsylvania (Dkt. #19). On April 23, 2020, this Court modified Professor Lieber's bail conditions to allow for contact with certain

persons and travel to New Hampshire, Vermont, Maine, Rhode Island, Connecticut, Pennsylvania, New York, New Jersey, Maryland, and Delaware (Dkt. #24).

On June 9, 2020 Professor Lieber pleaded Not Guilty before this Court after a grand jury in the District of Massachusetts returned a two-count indictment charging Professor Lieber with violating Title 18 United States Code Section 1001.

On July 28, 2020, the grand jury returned a superseding indictment in six counts. Counts One and Two charge Professor Lieber with making false statements in violation of Title 18 United States Code Section 1001. Counts Three and Four charge him with Filing a False Tax Return in violation of Title 26 United States Code Section 7206(1). Counts Five and Six charge a Failure to File Report of Foreign Bank and Financial Accounts in violation of Title 31 United States Code Sections 5314 and 5322.

On July 30, 2020, Professor Lieber pleaded Not Guilty to the superseding indictment and moved with the government's assent for the Court's consideration of the following new combination of bail conditions:

1. The Office of the Clerk of Court shall release $600,000 from the $1,000,000 cash appearance to Charles and Jennifer Lieber and maintain a $400,000 cash appearance bond;

2. A personal recognizance bond in the amount of $600,000 shall be executed and secured by the residence of Charles and Jennifer Lieber located at 27 Hayes Avenue, Lexington, Massachusetts; and

3. Within ten days of the ordered release of the $600,000 from the cash appearance bond, Charles and Jennifer Lieber shall submit to the government and the Court documentation evidencing their payment of any outstanding encumbrance on the Lieber residence.

The Court entered an electronic order granting Professor Lieber's Motion to Modify Conditions of Release on July 30, 2020.

On August 3, 2020, the Court entered an order as to Professor Lieber's Assented to Motion to Modify Conditions of Release (the "Order") (Dkt. #40).

On August 10, 2020, Professor Lieber received the released cash bond funds satisfying the first condition of the Order.

On August 11, 2020, Professor Lieber submitted documentation from his bank account demonstrating payment of the outstanding encumbrance on the Lieber residence consistent with the third condition of the Order.  Ex. A.

On August 10, 11, 14, and 18, 2020, counsel for Professor Lieber contacted the government and/or the cashiers and clerk's office of the Court for the purpose of effectuating a personal recognizance bond and to submit confirmation of the requisite documentation to satisfy the third condition of the Order.  At present, Professor Lieber remains ready to execute a personal recognizance bond.

On August 24, 2020, counsel for Professor Lieber submitted a letter from his employer documenting satisfaction of the outstanding encumbrance on the Lieber residence and the Discharge of Mortgage filed with the Commonwealth of Massachusetts in further efforts to comply with the third condition of the Order. Ex. B.  Also attached is the electronic recording for the Discharge of Mortgage.  Ex. C.  The Court requested a teleconference to confirm the details for effectuating the Order.

**The Requested Hearing**

Professor Lieber respectfully proposes a teleconference to confirm:

    a)   Execution by the parties and submission of the attached bond form to satisfy the second condition of the Order (Ex. D); and

    b) That the third condition to be considered satisfied with the submission of the bank account documentation (Ex. A) and the letter/Discharge of Mortgage documentation (Ex. B).

The government has reviewed the foregoing and assents to this Motion. For the above reasons, Professor Lieber at the request of the Court requests the teleconference hearing.

        Respectfully submitted,

        CHARLES LIEBER

        By his attorneys

        /s/ Torrey K. Young
        Torrey K. Young (BBO# 682550)
        Marc L. Mukasey (*pro hac admitted*)
        MUKASEY FRENCHMAN & SKLAROFF, LLP
        140 E. 45th Street, 17th Floor
        New York, New York 10017
        (212) 466-6400
        Torrey.Young@mfsllp.com
        Marc.Mukasey@mukaseylaw.com

Dated: August 24, 2020

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on August 24, 2020.

        */s/ Torrey K. Young*
        Torrey K. Young