UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>CHARLES LIEBER,                      )<br>)<br>Defendant.                  )<br>) | Case No. S1 20-cr-10111-RWZ |

ASSENTED TO MOTION TO SEAL

Pursuant to Local Rule 83.6.11, counsel for the Defendant respectfully moves the Court, with the government's assent, to file under seal its Assented to Motion of Defendant Charles Lieber For a Court Conference To Effectuate the Bail Order ("Motion for Conference", ECF No. 44).  Professor Lieber makes this motion because the Motion for Conference contains certain personal information regarding Professor Lieber's residence and personal financial information.  The Defendant requests that the Motion to Continue with certain personal information redacted be the version filed on the public docket.

Respectfully submitted,

CHARLES LIEBER

By his attorneys

/s/ Torrey K. Young
Torrey K. Young (BBO# 682550)
Marc L. Mukasey (*pro hac admitted*)
MUKASEY FRENCHMAN & SKLAROFF, LLP
140 E. 45th Street, 17th Floor
New York, New York 10017
(212) 466-6400
Torrey.Young@mfsllp.com
Marc.Mukasey@mukaseylaw.com

Dated:  August 25, 2020

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on August 25, 2020.

/s/ *Torrey K. Young*
Torrey K. Young