UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED]**
**ORDER ON EXCLUDABLE DELAY**

The Court orders the time period from September 16, 2020, through and including the date of the next status conference, excluded from the time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1). In doing so, the Court finds that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

So ordered.


Dated: _____                              _____
                                               Marianne B. Bowler
                                               United States Magistrate Judge