UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) No. 20-cr-10111-RWZ |
| v. | ) |
|  | ) |
| CHARLES LIEBER | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: September 23, 2020    By:    */s/ James R. Drabick*
JAMES R. DRABICK, BBO# 667460
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
james.drabick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 23, 2020    By:    */s/ James R. Drabick*
JAMES R. DRABICK, BBO# 667460
Assistant United States Attorney