UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | Case No. 20-cr-10111-RWZ-1<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION TO COMPEL PRODUCTION OF MATERIALS CONCERNING DOJ'S "CHINA INITIATIVE" AND THE "THOUSAND TALENTS PROGRAM" AND TO INSPECT GRAND JURY MINUTES**

Defendant Charles Lieber respectfully moves, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(E) and 6(e), respectively, to compel the government to produce materials concerning the Department of Justice's "China Initiative" and the "Thousand Talents Program" and to inspect Grand Jury Minutes in the above-captioned matter. Defendant relies upon the Memorandum of Law and exhibits, submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument on this motion.

Dated: September 30, 2020

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

 /s/ Torrey K. Young
Torrey K. Young (BBO #
Marc L. Mukasey (admitted *pro hac vice)*
MUKASEY FRENCHMAN &
SKLAROFF LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017
Tel.: (212) 466-6400
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com