UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Case No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE *EX PARTE* AN EXHIBIT TO THE OPPOSITION TO THE GOVERNMENT'S MOTION TO COMPEL**

Pursuant to Local Rule 5.4(g) and without government objection, Defendant Charles Lieber respectfully requests leave of the Court to file *ex parte* an Exhibit to the Declaration of Torrey K. Young In Support of Defendant Charles Lieber's Opposition To The Government's Motion To Compel Compliance With A Grand Jury Subpoena. In support of this request, Defendant's opposition contains analysis regarding material the government seeks to compel. The Defendant herein requests to provide the Court with context regarding this analysis by submitting *ex parte* a copy of the material identified as at issue in compelling compliance with the Subpoena. In accordance with Local Rule 5.4(g), Defendant requests leave of the Court to file this *ex parte*.

Dated: October 16, 2020

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

　/s/ Torrey K. Young
Torrey K. Young (BBO #682550)
Marc L. Mukasey (admitted *pro hac vice*)
MUKASEY FRENCHMAN &
SKLAROFF LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017
Tel.: (212) 466-6400)
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Counsel for the government does not object to this Motion. I hereby certify that this document will be filed *ex parte* on October 16, 2020.

　/s/ Torrey K. Young
Torrey K. Young