UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 1:20-cr-10111-RWZ |
| CHARLES LIEBER | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED]**
**ORDER ON EXCLUDABLE DELAY**

Upon consideration of the Government's assented-to motion seeking an order of excludable delay, the Court orders the time period from October 16, 2020, through and including November 16, 2020, excluded from the time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1). In doing so, the Court finds that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

So ordered.

Dated: _____                              _____
                                                Marianne B. Bowler
                                                United States Magistrate Judge