UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>CHARLES LIEBER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL (1) HIS MOTION TO STAY COMPLIANCE WITH THE MAGISTRATE JUDGE'S MEMORANDUM AND ORDER AND (2) OBJECTIONS TO MAGISTRATE JUDGE'S MEMORANDUM AND ORDER RE: MOTION TO COMPEL COMPLIANCE WITH GRAND JURY SUBPOENA (DOCKET ENTRY #62)**

Pursuant to Local Rule 83.6.11 and Grand Jury Rule 106.1, counsel for the Defendant Charles Lieber respectfully requests leave of Court to file under seal: 1) Defendant Charles Lieber's Motion To Stay Compliance With The Magistrate Judge's Memorandum and Order; and 2) Defendant Charles Lieber's Objections To The Magistrate Judge's Memorandum And Order Re: Motion To Compel Compliance With Grand Jury Subpoena (Docket Entry #62). In support of this request, the Defendant's motions refer, in some detail, to sealed filings referencing matters occurring before the grand jury that are subject to Federal Rule of Criminal Procedure 6(e). In accordance with Local Rules and with the government's assent, Defendant requests leave of the Court to file his motion to stay and his objections *under seal*.

Dated: November 6, 2020                     Respectfully submitted,

                                                                                   CHARLES LIEBER

                                                                                   By his attorneys,

                                                                                 /s/ Torrey K. Young  
                                                                                Torrey K. Young (BBO #682550)  
                                                                                Marc L. Mukasey (admitted *pro hac vice*)  
                                                                                MUKASEY FRENCHMAN &  
                                                                                SKLAROFF LLP  
                                                                                2 Grand Central Tower  
                                                                                140 East 45th Street, 17th Floor  
                                                                                New York, New York 10017  
                                                                                 Tel.: (212) 466-6400)  
                                                                                torrey.young@mfsllp.com  
                                                                                marc.mukasey@mfsllp.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

     Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on November 6, 2020.

                                                                                 /s/ Torrey K. Young  
                                                                                Torrey K. Young