UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.          )<br>)<br>CHARLES LIEBER,        )<br>)<br>Defendant.        )<br>) | Case No. 20-cr-10111-RWZ-1<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT'S MOTION TO FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO OBJECTIONS TO THE MAGISTRATE JUGDE'S MEMORANDUM AND ORDER RE: MOTION COMPEL COMPLIANCE WITH GRAND JURY SUBPOENA

Defendant Charles Lieber respectfully moves, pursuant to Local Rule 7.1(b), for leave to file a reply to the government's response to objections to the Magistrate Judge's Memorandum and Order re: Motion to Compel Compliance with Grand Jury Subpoena, submitted on November 23, 2020. Defendant's reply will not exceed five pages and will be submitted under seal (pursuant to Magistrate Judge Bowler's Electronic Order at ECF No. 82) immediately provided this motion is granted.

Dated: December 7, 2020

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

 /s/ Torrey K. Young
Torrey K. Young (BBO # 682550)
Marc L. Mukasey (admitted *pro hac vice*)
MUKASEY FRENCHMAN &
SKLAROFF LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017

Tel.: (212) 466-6400
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com

**CERTIFICATE OF SERVICE**

I, Torrey K. Young, hereby certify that this document was filed through the Court's ECF system and notification will be sent electronically to counsel of record on December 7, 2020.

/s/ Torrey K. Young
Torrey K. Young