UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-10111-RWZ |
| | ) | |
| CHARLES LIEBER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE
AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through the undersigned Assistant U.S. Attorneys, respectfully moves this Court, with the assent of the defendant, to (i) continue the status conference currently scheduled for Tuesday, December 15, 2020 for approximately 45 days to allow sufficient time to complete certain pretrial discovery-related matters; and (ii) exclude the period through and including the new status conference date from the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and Local Rule 112.2. A proposed order of excludable delay is attached hereto. In further support of this motion, the Government states as follows.

The defendant has been charged by Superseding Indictment with making false statements, making and subscribing false tax returns, and failing to file reports of foreign bank and financial accounts. He was arraigned on July 30, 2020 and pleaded not guilty. The most recent status conference was held on October 16, 2020, during which the Court scheduled an interim status conference on November 16, 2020. The government thereafter filed an assented-to motion to continue the November 16 status conference in order to allow additional time for certain pre-trial discovery matters. *See* ECF No. 83. The Court granted the motion by minute order and set a new status conference date of December 15, 2020. *See* ECF No. 84.

Pretrial discovery-related matters remain nearly, but not entirely, complete.  Since the last continuance, Harvard University—the defendant's employer at all times relevant to this case—substantially completed its production of documents to the government.  The government understands that the defendant has invoked a claim of attorney-client privilege as to some of the documents produced by Harvard.  An independent AUSA not otherwise participating in this matter has reviewed the documents over which the defendant has invoked privilege, and the government understands that the independent AUSA will soon be filing a motion seeking judicial review concerning the defendant's claim.  Consequently, additional time is still needed to accommodate the anticipated litigation regarding whether the defendant has a legitimate basis to assert attorney-client privilege over the challenged documents.  Accordingly, with the defendant's assent and agreement, the government respectfully moves the Court to continue the status conference scheduled for December 15, 2020, for approximately 45 days.

In addition, and also with the assent of the defendant, the government asks the Court to enter an order excluding from the speedy trial computation the period from November 16, 2020 through and including the new status conference date.[1]  This period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

---

[1]     The government's motion to continue the November 16, 2020 interim status conference included an assented-to request to enter an order excluding the period from November 16, 2020 through and including the new status conference date (ultimately December 15, 2020) from the time within which trial must commence under the Speedy Trial Act.  *See* ECF. No. 83.  The Court entered a minute order granting the motion to continue, but a separate order concerning the Speedy Trial Act exclusion was not entered at that time.

A proposed order is attached.

> Respectfully submitted,
>
> ANDREW E. LELLING
> United States Attorney
>
> By:   */s/ James R. Drabick*
>        JAMES R. DRABICK
>        JASON A. CASEY
>
> Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed on December 14, 2020, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

> */s/ James R. Drabick*
> JAMES R. DRABICK
> Assistant United States Attorney