UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL HIS OPPOSITION TO GOVERNMENT'S MOTION TO DISCLOSE COMMUNICATIONS NOT PROTECTED BY DEFENDANT'S ATTORNEY-CLIENT PRIVILEGE**

Pursuant to Local Rule 83.6.11(b), counsel for the Defendant Charles Lieber respectfully requests that the Court seal his forthcoming opposition to the government's Motion to Disclose Communications Not Protected by Defendant's Attorney-Client Privilege and Incorporated Memorandum (the "Government Motion"), filed under seal with leave of the Court (ECF No. 99).

The forthcoming opposition to the Government Motion refers in some detail to the sealed filing that references "Discovery Materials" as that term is defined by the Protective Order in this matter (*see* ECF No. 58). The Protective Order precludes the public filing of Discovery Materials.

In accordance with Local Rules and with the government's assent, Defendant requests leave of the Court to file his opposition and any exhibits attached thereto.

Dated: December 31, 2020

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

  /s/ Torrey K. Young
Torrey K. Young (BBO #682550)
Marc L. Mukasey (admitted *pro hac vice*)
MUKASEY FRENCHMAN &
SKLAROFF LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017
Tel.: (212) 466-6400
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for the government assents to this Motion.

  /s/ Torrey K. Young
Torrey K. Young

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties via the Court's electronic filing system.

  /s/ Torrey K. Young
Torrey K. Young