UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant | Crim. No. 1:20-cr-10111-RWZ |

### ASSENTED-TO MOTION TO SEAL REPLY MEMORANDUM

The undersigned Filter AUSA respectfully requests that the Court seal the government's forthcoming Reply Memorandum in Support of the Motion to Disclose Communications Not Protected By Defendant's Attorney-Client Privilege. In support of this motion, the government states as follows:

1. The Filter AUSA recently moved for leave to file a reply memorandum and to partially unseal certain court filings (ECF No. 107). The Court granted that motion (ECF No. 111).

2. Because the Reply Memorandum addresses whether the government Prosecution Team may see and/or present certain documents at trial, and because it discloses the content of some of those documents, the government contends that it would not be appropriate for portions or descriptions of those documents to be docketed publicly.

3. In addition, the Reply Memorandum will include portions and descriptions of "Discovery Materials" as that term is defined by the Protective Order in this matter, ECF No. 58. That Protective Order precludes the public filing of Discovery Materials.

4. Lieber assents to the motion to seal.

WHEREFORE, the government respectfully requests that the Court grant the government's motion to seal the forthcoming Reply Memorandum and any exhibits attached thereto.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: January 12, 2020  By:  /s/ Evan D. Panich
Evan Panich
Assistant United States Attorney
617/748-3652

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for the defendant, Torrey Young, on January 12, 2020 in an effort to narrow or resolve the issues presented by this motion. Ms. Young indicated that the defendant assents to the motion to seal.

/s/ Evan D. Panich
Evan D. Panich
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Evan D. Panich
Evan D. Panich
Assistant United States Attorney