UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES LIEBER )<br>)<br>Defendant. )<br>) | Case No. 1:20-cr-10111-RWZ |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, through the undersigned Assistant U.S. Attorneys, respectfully moves this Court, with the assent of the defendant, to continue the status conference currently scheduled for Thursday, January 28, 2021 for approximately 30 days to allow sufficient time to complete certain pretrial discovery-related matters and for discussion regarding potential resolution of this matter. In further support of this motion, the Government states as follows.

The defendant has been charged by Superseding Indictment with making false statements, making and subscribing false tax returns, and failing to file reports of foreign bank and financial accounts. He was arraigned on July 30, 2020 and pleaded not guilty. The most recent status conference was held on October 16, 2020, during which the Court scheduled an interim status conference on November 16, 2020. The government thereafter filed consecutive assented-to motions to continue the next status conference dates in order to allow additional time for certain pre-trial discovery matters. *See* ECF Nos. 83, 95. The Court granted the motions by minute order and set January 28, 2021 as the next status conference date *See* ECF Nos. 84, 96.

Pretrial discovery-related matters remain nearly, but not entirely, complete. Harvard University—the defendant's employer at all times relevant to this case—has substantially completed its production of documents to the government. As the Court is aware, the defendant has invoked a

claim of attorney-client privilege as to some of the documents produced by Harvard. An independent AUSA not otherwise participating in this matter reviewed the documents over which the defendant invoked privilege and thereafter filed a motion seeking judicial review concerning the defendant's claim. The undersigned understands that the litigation concerning this privilege matter remains ongoing. In addition, the parties have begun preliminary discussion regarding possible resolution of this matter and additional time is needed to complete that discussion. Accordingly, with the defendant's assent and agreement, the government respectfully moves the Court to continue the status conference scheduled for January 28, 2021, for approximately 30 days.

Also with the defendant's assent, the government separately asks that the Court exclude the period through and including the new status conference date from the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and Local Rule 112.2. The government will submit a separate assented-to motion for excludable delay.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   /s/ James R. Drabick
    JAMES R. DRABICK
    JASON A. CASEY

    Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed on January 27, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

    /s/ James R. Drabick
    JAMES R. DRABICK
    Assistant United States Attorney