UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)   Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT CHARLES LIEBER'S ASSENTED TO
MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Charles Lieber respectfully moves this Court to modify its Order Setting Conditions of Release as to Charles Lieber (Dkt. #40). Professor Lieber currently is released on a $400,000 cash appearance bond, and a $600,000 personal recognizance bond secured by the residence he shares with his wife. By this motion, Professor Lieber requests the return of the $400,000 cash appearance bond and an increase of the personal recognizance bond to $1,000,000 secured by his residence. The government assents to the relief requested herein.

**Background**

On January 28, 2020, Professor Lieber was arrested upon a complaint and charged in two counts with violations of Title 18 United States Code, Section 1001. On January 30, 2020, Professor Lieber was admitted to bail upon his execution of a $1,000,000 cash appearance bond; the surrender of his passport and that of his wife; restricted travel; various reporting obligations; and other standard conditions, all of which were satisfied (Dkt. #15).

On March 12, 2020, this Court modified Professor Lieber's bail conditions to allow for travel to immediate family members in New Jersey and Pennsylvania (Dkt. #19). On April 23, 2020, this Court modified Professor Lieber's bail conditions to allow for contact with certain

persons and travel to New Hampshire, Vermont, Maine, Rhode Island, Connecticut, Pennsylvania, New York, New Jersey, Maryland, and Delaware (Dkt. #24).

On July 30, 2020, Professor Lieber pleaded Not Guilty to the superseding indictment charging him in six counts and moved, with the government's assent, for the Court's consideration of the following new combination of bail conditions:

1. The Office of the Clerk of Court shall release $600,000 from the $1,000,000 cash appearance to Charles and Jennifer Lieber and maintain a $400,000 cash appearance bond;

2. A personal recognizance bond in the amount of $600,000 shall be executed and secured by the residence of Charles and Jennifer Lieber located at 27 Hayes Avenue, Lexington, Massachusetts; and

3. Within ten days of the ordered release of the $600,000 from the cash appearance bond, Charles and Jennifer Lieber shall submit to the government and the Court documentation evidencing their payment of any outstanding encumbrance on the Lieber residence.

On August 3, 2020, the Court entered an order as to Professor Lieber's Assented to Motion to Modify Conditions of Release (the "Order") (Dkt. #40).

**The Requested Bail Modification**

Professor Lieber requests that the remaining $400,000 cash bond be returned to him and that the personal recognizance bond be increased from $600,000 to $1,000,000, secured by his residence. There are no encumbrances on the residence besides the current personal recognizance bond to satisfy his bail conditions (Dkt. #65). An independent appraisal of the residence assesses its value at $1,475,000. (Dkt. ##65 and 65-2). If this modification is granted, the government will maintain its overall $1,000,000 security. The release of the cash bond will allow Dr. Lieber to access funds to pay necessary expenses.

Retaining a bond in cash is unnecessary to address the twin concerns of the Bail Reform Act, namely, (1) the reasonable assurance of the appearance of the defendant as required, and (2)

the safety of any other person in the community. *See* 18 U.S.C. § 3142(c)(1)(B) (requiring the court to fashion a bail package including the "least restrictive condition or combination of conditions" that meet the twin goals of the Act). The residence is Professor Lieber's only home. He resides in it with his wife. His wife freely, willingly, and voluntarily assents to the motion and understands the implications. Ex. 1, Declaration of Jennifer Karas Lieber. They have both surrendered their passports. Furthermore, Professor Lieber's children live in nearby states. And the current public health risk posed by COVID-19 not only restricts everyone's travel, but specifically presents a grave health risk to Professor Lieber, who is immunocompromised and currently undergoing treatment in the Commonwealth. Professor Lieber is not a flight risk. Securing the $1,000,000 bond with his home will be more than enough to secure Professor Lieber's continued return to court.

The government has reviewed the foregoing and assents to this Motion. For the above reasons, Professor Lieber requests that the conditions of his release be modified.

Respectfully submitted,

CHARLES LIEBER

By his attorneys

/s/ Torrey K. Young
Torrey K. Young (BBO# 682550)
Marc L. Mukasey (*pro hac admitted*)
MUKASEY FRENCHMAN & SKLAROFF, LLP
140 E. 45th Street, 17th Floor
New York, New York 10017
(212) 466-6400
Torrey.Young@mfsllp.com
Marc.Mukasey@mukaseylaw.com

Dated: February 19, 2021

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

      Counsel for the government assents to this Motion.  I hereby certify that this document will be sent by electronic mail to counsel for the government on February 19, 2021.

                                        /s/  Torrey K. Young
                                        Torrey K. Young