UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CHARLES LIEBER, </br></br> Defendant. | Case No. 20-cr-10111-RWZ |

## DECLARATION OF JENNIFER KARAS LIEBER

Pursuant to Title 28 U.S.C. § 1746, I, Jennifer K. Lieber, declare as follows:

1. I am the wife of defendant Charles Lieber. I submit this declaration in support of his Assented to Motion To Modify Conditions of Release (the "Motion").

2. I jointly own the residence, located at 27 Hayes Avenue, Lexington, Massachusetts 02420.

3. I consent to the use of the residence as security for the proposed personal recognizance bond.

4. I freely, willingly, and voluntarily understand the potential that I could forfeit the full amount of the $1,000,000 bond secured by the home if the Motion is granted.

I declare under penalty of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct.

Dated: Lexington, Massachusetts
February 18, 2021

By: /s/ Jennifer K. Lieber
Jennifer K. Lieber