1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2

3
                                        )
4    UNITED STATES OF AMERICA,          )
                                        )
5            Plaintiff,                  )
                                        )   Criminal Action
6    v.                                  )   No. 1:20-cr-10111-RWZ-1
                                        )
7    CHARLES LIEBER,                     )
                                        )
8            Defendant.                  )
                                        )
9

10

11           BEFORE THE HONORABLE MARIANNE B. BOWLER
                  UNITED STATES MAGISTRATE JUDGE
12

13                      STATUS CONFERENCE
                         Via Telephone
14

15                      February 26, 2021
                          2:19 p.m.
16

17           John J. Moakley United States Courthouse
                      One Courthouse Way
18              Boston, Massachusetts 02210

19

20

21

22              Linda Walsh, RPR, CRR
                  Official Court Reporter
23       John J. Moakley United States Courthouse
             One Courthouse Way, Room 5205
24             Boston, Massachusetts 02210
                 lwalshsteno@gmail.com
25

1    APPEARANCES:

2    On Behalf of the Government:

3         UNITED STATES ATTORNEY'S OFFICE
          By: AUSA James R. Drabick
4             AUSA Evan D. Panich
          1 Courthouse Way, Suite 9200
5         Boston, Massachusetts 02210
          617-748-3498
6         james.drabick@usdoj.gov

7    On Behalf of the Defendant:

8         MUKASEY FRENCHMAN & SKLAROFF LLP
          By: Marc L. Mukasey, Esq.
9             Torrey K. Young, Esq.
          2 Grand Central Tower
10        140 East 45th Street, 17th Floor
          New York, New York 10017
11        212-466-6400
          marc.mukasey@mfsllp.com

12

13

14

15
                    Proceedings reported and produced
16                   by computer-aided stenography.

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2            THE CLERK:  The United States District Court for the
 3   District of Massachusetts is now in session, the Honorable
 4   Marianne B. Bowler presiding.  Today is February the 26th,
 5   2021, in the matter of the United States versus Lieber,
 6   Criminal Action 20-10111, which will now be heard.
 7            And, again, as a reminder to all on the
 8   teleconference, any recording or rebroadcasting of the court
 9   proceeding is prohibited, and doing so may result in sanctions
10   as the Court deems appropriate or necessary.
11            So with that, will counsel please identify themselves
12   for the record, beginning with the Government.
13            MR. DRABICK:  Good afternoon, Your Honor.  May it
14   please the Court, J.R. Drabick and Evan Panich for the United
15   States.
16            THE COURT:  Thank you.
17            MR. MUKASEY:  Good afternoon, Judge.  This is Marc
18   Mukasey, along with my partner, Torrey Young, for the
19   defendant, Professor Charles Lieber.  Dr. Lieber and his wife
20   are present at today's proceeding and waive any opportunity to
21   do it in person.
22            THE COURT:  Thank you.
23            All right.  Well, will the Government bring me up to
24   date?
25            MR. DRABICK:  Yes, Your Honor.  As Your Honor knows,
```

1    we were last before you in a status conference in October.  We

2    had since --

3              THE CLERK:  I'm sorry to interrupt, counsel.  This is

4    the clerk.  Which of you are speaking?

5              MR. DRABICK:  Yes.  Sorry about that.  J.R. Drabick

6    for the United States.

7              THE CLERK:  Thank you.

8              MR. DRABICK:  Your Honor, we were last before you in

9    October.  We agreed to continue successive status conferences

10   until today while certain matters were still under review and

11   being completed.

12             We can report today that we believe -- we, the

13   parties, believe we are close to having this case ready to be

14   sent up to the District Court.

15             The remaining items pending before that can be done

16   include the privilege issue, which my colleague, Evan Panich,

17   has been handling for the United States, and we understand is

18   under advisement with Your Honor.

19             THE COURT:  Correct.

20             MR. DRABICK:  That's the main item, Your Honor, that

21   we believe is standing between us and being ready to head to

22   the District Court.

23             While we have -- while that matter has been playing

24   out, Harvard University produced some additional documents to

25   the Government.  The Government promptly produced those to

1    defense counsel.  It's about 3,000 documents.  We understand

2    that defense counsel is in the process of reviewing those, and

3    defense counsel anticipates there is a possibility that those

4    documents could implicate some of the issues before Your Honor

5    on the privilege matter.

6         My understanding is that they believe they'll be in a

7    position to inform Your Honor, if that's the case, within a

8    week.  And we also understand that there's a possibility that

9    they might have some additional discovery requests based on

10   those documents, although that is still to be determined.

11        What we, the parties, propose, Your Honor, is setting

12   a final status conference for approximately 30 days out.  If

13   the privilege matter is resolved before that and if there's no

14   other discovery issues that arise, the parties will submit a

15   status report to that effect so that the matter could

16   potentially be sent up even earlier.

17        And the Government will certainly be happy to

18   enter -- to submit a motion to exclude the time between now and

19   that next status conference.

20        THE COURT:  All right.  I will set a further status

21   conference for -- well, we might as well do it March 26th at

22   2:30.

23        MR. DRABICK:  Very good, Your Honor.

24        THE COURT:  Before I issue any ruling, then I will

25   wait.  It is in progress.  But when will I know whether or not

1    what you have received?  Do you think a week from today or two

2    weeks from today?

3              MR. MUKASEY:  Judge, this is Marc Mukasey.  Thank you

4    for the question.

5              As Mr. Drabick indicated, it's about 3,000 more

6    documents from Harvard, and obviously --

7              THE COURT:  Documents or pages?

8              MR. MUKASEY:  I think pages.  That's my understanding.

9    So it's nothing that we can't review expeditiously.  And I

10   expect that it will not implicate any of the legal issues that

11   are subjudice before the Court at the moment, and we can simply

12   indicate to the Court within a week whether we have any further

13   motion practice or any supplemental briefing to be done based

14   on these 3,000 or that we have reviewed them and the Court can

15   proceed to make its privilege determination as soon as

16   possible.

17             And if we can get this all done before 30 days from

18   now, we will -- you know, we don't want to pressure the Court

19   for a finding, but we will be judicious and expeditious in

20   reviewing these documents and getting notice to your clerk

21   whether we expect any further briefing.  At the moment, I don't

22   expect any further briefing.  Of course, we want to take a good

23   look at those 3,000.

24             THE COURT:  All right.  Well, hopefully, if I could

25   have that notice one way or the other a week from today, that

1    would be helpful.

2         MR. MUKASEY:  It shouldn't be a problem.

3         THE COURT:  At this time does it appear it will be a

4    trial or a plea?

5         MR. MUKASEY:  At this time -- this is Marc Mukasey

6    speaking.

7         At this time, Your Honor, it appears there's no

8    possibility of a plea, and there will be a trial.

9         THE COURT:  All right.  All right.  And do you,

10   Mr. Mukasey, on behalf of your client, do you agree to exclude

11   the time from today until the 26th of March in the interest of

12   justice?

13        MR. MUKASEY:  I do, Your Honor.

14        THE COURT:  All right.  And, Mr. Drabick, will you

15   file an assented-to motion to that effect?

16        MR. DRABICK:  Yes, Your Honor.

17        THE COURT:  All right.  Hearing nothing else?

18        MR. MUKASEY:  Judge, if I may, it's Mr. Mukasey.

19   There is one more housekeeping issue related to the bail that

20   has been modified on consent, and I'll let my partner Torrey

21   Young just give you the quick status on that, if it's okay.

22        THE COURT:  I reviewed everything that's been

23   submitted to the Court, the appraisal, et cetera.  It appears

24   all to be in order.

25        MR. MUKASEY:  Okay.  Terrific then.  Nothing further

1   to be said.

2        THE COURT:  The Government is satisfied?

3        MR. DRABICK:  The Government is satisfied, Your Honor.

4   Thank you.

5        THE COURT:  All right.  Then it's in order.

6        Nothing else?

7        MR. DRABICK:  Nothing from the Government, Your Honor.

8        THE COURT:  All right.

9        MR. MUKASEY:  Not from the defense.

10        THE COURT:  Please stay well and stay safe.  We stand

11   in recess.

12        (Adjourned at 2:26 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

I, Linda Walsh, Registered Professional Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing transcript is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter, to the best of my skill and ability.

Dated this 3rd day of March, 2021.


/s/ Linda Walsh

Linda Walsh, RPR, CRR

Official Court Reporter