UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CHARLES LIEBER, ) <br> ) <br> Defendant. ) | Case No. 20-cr-10111-RWZ |

ASSENTED TO MOTION OF DEFENDANT CHARLES LIEBER
FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 83.6.11, counsel for Defendant Charles Lieber respectfully moves the Court, with the Government's assent, for leave to file under seal his letter update report regarding his review of additional discovery and the impact on the pending Opposition to Government's Motion To Disclose Communications Not Protected By Defendant's Attorney-Client Privilege and Incorporated Memorandum, filed under seal with leave of the Court (ECF No. 101). The letter update and accompanying attachment refers in some detail to the prior sealed filing that references "Discovery Materials" as that term is defined by the Protective Order in this mater (*see* ECF No. 58). The Protective Order precludes the public filing of Discovery Materials.

In accordance with Local Rules and with the government's assent, Defendant requests leave to file under seal his letter and any attachments thereto.

Respectfully submitted,

CHARLES LIEBER

By his attorneys

 /s/ Torrey K. Young
Torrey K. Young (BBO# 682550)
Marc L. Mukasey (*pro hac admitted*)
MUKASEY FRENCHMAN LLP
140 E. 45th Street, 17th Floor
New York, New York 10017
(212) 466-6400
Torrey.Young@mfsllp.com
Marc.Mukasey@mukaseylaw.com

Dated: March 8, 2021

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on March 8, 2021.

                                                                 /s/ Torrey K. Young
                                                                Torrey K. Young