UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES LIEBER )<br>)<br>Defendant. )<br>) | Case No. 1:20-cr-10111-RWZ |

**ASSENTED-TO MOTION FOR EXCLUSION
OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through the undersigned Assistant U.S. Attorney, respectfully moves this Court to exclude the period from February 26, 2021 through and including March 26, 2021 from the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A), and Local Rule 112.2(c).  In further support of this motion, the government states as follows.

The defendant has been charged by Superseding Indictment with making false statements, making and subscribing false tax returns, and failing to file reports of foreign bank and financial accounts.  He was arraigned on July 30, 2020 and pleaded not guilty.  The most recent status conference was held on February 26, 2021, during which the Court scheduled a next status conference for March 26, 2021 in order to provide additional time for the review of discovery.  *See* ECF No 124 (clerk's notes).  During the status conference, the defendant, through counsel, consented to the exclusion of time between the status conferences from the speedy trial computation and the government agreed to file the instant motion in support of the same.  *Id.*

With the assent of the defendant, the government asks the Court to enter an order excluding from the speedy trial computation the period from February 26, 2021 through and including March

26, 2021. This period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ James R. Drabick
JASON A. CASEY
JAMES R. DRABICK
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed on March 16, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

/s/ James R. Drabick
James R. Drabick
Assistant United States Attorney