UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-cr-10111-RWZ |
| ) | |
| CHARLES LIEBER ) | |
| ) | |
| Defendant. ) | |

### ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through the undersigned Assistant U.S. Attorney, respectfully moves this Court to exclude the period from March 26, 2021 through and including April 28, 2021 from the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A), and Local Rule 112.2(c). In further support of this motion, the government states as follows.

The defendant has been charged by Superseding Indictment with making false statements, making and subscribing false tax returns, and failing to file reports of foreign bank and financial accounts. He was arraigned on July 30, 2020 and pleaded not guilty. The most recent status conference was held on March 26, 2021, during which the Court scheduled a next status conference for April 28, 2021 in order to provide additional time for discovery, including in particular to afford time for the government to respond to defense discovery requests propounded on March 24, 2021. During the status conference, the defendant, through counsel, consented to the exclusion of time between the status conferences from the speedy trial computation and the government agreed to file the instant motion in support of the same.

With the assent of the defendant, the government asks the Court to enter an order excluding from the speedy trial computation the period from March 26, 2021 through and including April 28, 2021. This period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By:   */s/ James R. Drabick*
       JASON A. CASEY
       JAMES R. DRABICK
       Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed on March 26, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

        */s/ James R. Drabick*
        James R. Drabick
        Assistant United States Attorney