UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE HIS MOTION TO COMPEL PRODUCTION OF MATERIALS CONCERNING CHINA'S THOUSAND TALENTS PROGRAM UNDER SEAL**

Pursuant to Local Rule 83.6.11(b), counsel for the Defendant Charles Lieber respectfully requests leave of the Court to file under seal his forthcoming Motion to Compel Production of Materials Concerning China's Thousand Talents Program. In support of this request, the Defendant's motion details "Discovery Materials" as that term is defined by the Protective Order in this matter (*see* ECF No. 58). The Protective Order precludes the public filing of Discovery Materials. In accordance with the Local Rules and with the government's assent, Defendant requests leave of the Court to file his motion and any accompanying exhibits *under seal*.

Dated: April 13, 2021

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

 /s/ Torrey K. Young
Torrey K. Young (BBO #682550)
Marc L. Mukasey (admitted *pro hac vice*)
MUKASEY FRENCHMAN LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017

Tel.: (212) 466-6400
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

  Counsel for the government assents to this Motion. I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filling will be sent by e-mail to all parties via the Court's electronic filing system.

                     /s/ Torrey K. Young
                    Torrey K. Young