UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | Case No. 20-cr-10111-RWZ<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MATERIALS RELATING TO CHINA'S THOUSAND TALENTS PROGRAM BASED ON NEW INFORMATION**

Defendant Charles Lieber respectfully moves, pursuant to Local Rule 7.1(b), for leave to file a reply to the government's Opposition to defendant's Motion to Compel Production of Materials Relating to China's Thousand Talents Program Based on New Information, submitted by the government under seal on April 28, 2021. Defendant's reply will not exceed seven pages and will be submitted under seal (pursuant to Magistrate Judge Bowler's Electronic Order at ECF No. 137) by May 5, 2021 provided this motion is granted.

Dated: May 3, 2021

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

 /s/ Torrey K. Young
Torrey K. Young (BBO # 682550)
Marc L. Mukasey (admitted *pro hac vice*)
MUKASEY FRENCHMAN LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, New York 10017
Tel.: (212) 466-6400

torrey.young@mfsllp.com<br>
marc.mukasey@mfsllp.com

## CERTIFICATE OF SERVICE

I, Torrey K. Young, hereby certify that this document was filed through the Court's ECF system and notification will be sent electronically to counsel of record on May 3, 2021.

 /s/ Torrey K. Young<br>
Torrey K. Young