UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant | No. 1:20-cr-10111-RWZ |

## UNOPPOSED MOTION FOR LEAVE TO FILE SEALED REPLY MEMORANDUM AND TO PARTIALLY UNSEAL CERTAIN COURT FILINGS

Pursuant to Local Rule 7.1(b)(3), the United States respectfully requests that the Court grant the undersigned Filter AUSA leave to file, by June 7, 2021, a notice of supplemental authority of no more than two (2) pages in support of the Government's Motion to Disclose Communications Not Protected by Defendant's Attorney-Client Privilege ("Filter Motion"). On June 3, 2021, the Northern District of California entered an order in *United States v. Elizabeth Holmes*, Crim. No. 5:18-00258-EJD (N.D. Cal.), ECF No. 812, that decides issues identical to those raised in the Filter Motion. The order is attached as an exhibit to this filing. Accordingly, the Filter AUSA requests the opportunity to file a brief notice explaining the relevance of the *Holmes* decision.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Dated: June 4, 2021    By:    /s/ Evan D. Panich
Evan D. Panich
Assistant United States Attorney
617/748-3652

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for the defendant on June 4, 2021 in an effort to narrow or resolve the issues presented by this motion.  Counsel for the defendant indicated that the defendant does not object to the filing of a notice of supplemental authority.

                                          /s/ Evan D. Panich
                                          Evan D. Panich
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                          /s/ Evan D. Panich
                                          Evan D. Panich
                                          Assistant United States Attorney