UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CHARLES LIEBER   )<br>)<br>Defendant.   )<br>) | Case No. 1:20-cr-10111-RWZ |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the United States and the defendant state as follows:

1) The parties request an initial pretrial conference before the district court judge.

2) With the possible exception of materials described in 18 U.S.C. § 3500 (the Jencks Act) and Local Rule 116.2(b)(2), the parties have produced all discovery they intend to produce.

3) All discovery requests and motions have been made and resolved.

4) The defendant anticipates filing a motion to suppress the defendant's post-arrest statements on or before July 12, 2021. The parties agree that the government's response to the defendant's motion will be due on or before August 6, 2021 and the defendant's reply brief, if any, will be due on or before August 13, 2021. No other motions under Fed. R. Crim. P. 12(b) are expected at this time.

5) The parties agree that the government will make its expert witness disclosures, if any, to the defendant no later than 45 days before trial. The defendant will make his expert disclosures no later than 30 days before trial.

6) The parties ask that the Court enter an order excluding from the Speedy Trial calculation the following periods:

    a. The period from May 10, 2021, *see* Docket No. 150 (May 7, 2021 Order on Excludable Delay), through and including June 15, 2021, on which date the last pending discovery-related pretrial motion was resolved by the Court. *See* 18 U.S.C. § 3161(h)(1)(D) and (H).

    b. The period from June 15, 2021 through and including the initial status conference before the district court judge because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

7) The parties anticipate that the trial in this matter will last approximately two weeks.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   */s/ Jason A. Casey*
JASON A. CASEY
JAMES R. DRABICK
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed on June 24, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

*/s/ Jason A. Casey*
Jason A. Casey
Assistant United States Attorney