UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER<br><br>Defendant | Crim. No. 20-10111-RWZ |

### UNOPPOSED MOTION TO PARTIALLY UNSEAL MEMORANDUM AND ORDER

The undersigned Filter AUSA respectfully requests that the Court partially unseal the Court's Memorandum and Order dated June 15, 2021, ECF No. 158 (the "M&O"), which ruled on the Filter AUSA's motion to disclose certain materials, ECF No. 100, (the "Filter Motion"). The government has conferred with the defendant and provided him with the proposed partially redacted M&O. The defendant does not oppose this motion and the parties have agreed on proposed redactions.

The reasons supporting the Filter AUSAs' request to seal documents relating to this matter no longer apply. The Filter Motion "addresse[d] whether the government Prosecution Team may see and/or present certain documents at trial, and because the [Filter] Motion disclose[d] the content of some of those documents, the government contend[ed] it would not be appropriate for portions of those documents to be docketed publicly." ECF No. 98 at 1. As the Court has now concluded that the government Prosecution Team may see the documents addressed by the Filter Motion, the Filter AUSA's concerns about public docketing are now moot and substantially outweighed by "presumptions of public access to judicial proceedings and records." *United States v. Kravetz*, 706 F.3d 47, 52 (1st Cir. 2013) (citation omitted).

The Filter AUSA also recognizes that the protective order in this case, ECF No. 58, orders the parties not to "publicly post, publish or in any way disseminate" any of the "discovery materials" (as that term is defined in the protective order) produced by the government. *Id*. ¶ 3. In light of that, the Filter AUSA proposes that the Court publicly docket a version of the M&O in which references to the "discovery materials" would be redacted. If the Court grants this motion, the Filter AUSA could provide the Court with proposed redactions under seal.

For those reasons, the government respectfully requests that the Court partially unseal the M&O referenced above.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Evan D. Panich
EVAN D. PANICH
Assistant United States Attorney
617/748-3652

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for the defendant, Torrey Young, and I sought to narrow or resolve the issues raised by this motion. Counsel for the defendant indicated that the defendant does not object to the relief sought.

/s/ Evan D. Panich
EVAN PANICH
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Evan D. Panich
EVAN PANICH
Assistant United States Attorney

Date: June 30, 2021