UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Case No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE
TO FILE UNDER SEAL: EXHIBITS TO DEFENDANT'S MEMORANDUM OF LAW IN
SUPPORT OF HIS MOTION TO SUPPRESS POST-ARREST STATEMENTS**

Pursuant to Local Rules 7.1(b)(3) and 83.6.11(b), counsel for Defendant Charles Lieber respectfully requests leave of the Court to file under seal exhibits to the Defendant's Memorandum Of Law In Support Of His Motion To Suppress Post-Arrest Statements (the "Memorandum Of Law").

In support of this request, the Memorandum Of Law details events taking place on the date of his arrest and the interrogation performed by the FBI. The Memorandum of Law includes as exhibits an Arrest Report (**Exhibit 1**) and a video recording of the FBI Agents' interrogation of Professor Lieber (**Exhibit 2**). Exhibits 1 and 2 are Discovery Materials produced by the government to the defense team as defined by the Protective Order in this matter (*see* ECF No. 58)

In accordance with the Local Rules and with the government's assent, Defendant requests leave of the Court to file the exhibits to the Memorandum of Law *under seal*.

Dated: July 12, 2021                                    Respectfully submitted,

                                                        CHARLES LIEBER

                                                        By his attorneys,

                                                          /s/ Torrey K. Young
                                                        Torrey K. Young (BBO #682550)
                                                        Marc L. Mukasey (admitted *pro hac vice*)
                                                        MUKASEY FRENCHMAN LLP
                                                        2 Grand Central Tower
                                                        140 East 45th Street, 17th Floor
                                                        New York, New York 10017
                                                        Tel.: (212) 466-6400
                                                        torrey.young@mfsllp.com
                                                        marc.mukasey@mfsllp.com


## LOCAL RULE 7.1(a)(2) CERTIFICATION

   Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on July 12, 2021.

                                                          /s/ Torrey K. Young
                                                        Torrey K. Young