UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | Case No. 20-cr-10111-RWZ<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION TO SUPPRESS

Defendant Charles Lieber respectfully moves, pursuant to Federal Rules of Criminal Procedure 12 (b)(3)(C), 47, 49, and District of Massachusetts Local Rules 5.4 and 7.1(b)(1), to suppress all the statements Professor Lieber made after he unequivocally invoked his right to legal counsel, and all evidence derived therefrom, including the videotape, in the above matter. Defendant relies upon the Memorandum of Law and the Declarations submitted herewith.  For the reasons stated therein, this Court should grant Professor Lieber's Motion to Suppress post-arrest statements made to interrogators on January 28, 2020 and all evidence derived therefrom.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on this motion.

Dated: July 12, 2021								Respectfully submitted,

												CHARLES LIEBER

												By his attorneys,


												 /s/ Torrey K. Young
												Torrey K. Young (BBO # 682550)
												Marc L. Mukasey (admitted *pro hac vice)*
												MUKASEY FRENCHMAN LLP
												2 Grand Central Tower
												140 East 45th Street, 17th Floor
												New York, New York 10017
												Tel.: (212) 466-6400
												torrey.young@mfsllp.com
												marc.mukasey@mfsllp.com

## CERTIFICATE OF SERVICE

    I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 12, 2021.

.

												 /s/ Torrey K. Young
												Torrey K. Young