UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHARLES LIEBER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 20-cr-10111-RWZ <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF TORREY K. YOUNG IN SUPPORT OF DEFENDANT CHARLES LIEBER'S MOTION TO SUPPRESS POST-ARREST STATEMENTS**

Pursuant to 28 U.S.C. § 1746, I, TORREY K. YOUNG declare as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm Mukasey Frenchman LLP, 2 Grand Central Tower, 140 East 45th Street, New York, New York 10017, counsel for Defendant Charles Lieber in the above-captioned action. I submit this declaration in support of his Motion to Suppress Post-Arrest Statements.

2. Attached as **Exhibit 1** is a true and correct copy of USAO 001868 – USAO 001869.

3. Attached as **Exhibit 2** is a true and correct copy of two video files named HARVARD-202001281254-284G_BS_3223669.mp4 and HARVARD-202001281254-284G_BS_3223669 2.mp4.

Dated: Boston, Massachusetts
July 12, 2021

                                    MUKASEY FRENCHMAN LLP

                           By:   /s/ Torrey K. Young
                               Torrey K. Young
                               Mukasey Frenchman LLP
                               2 Grand Central Tower
                               140 East 45th Street, 17th
                               Floor New York, New York
                               10017 (212) 466-6400
                               torrey.young@mfsllp.com

                               *Counsel for Defendant Charles Lieber*

## CERTIFICATE OF SERVICE

    I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 13, 2021.