# EXHIBIT 1

**FILED UNDER SEAL PURSUANT TO PENDING MOTION FOR LEAVE TO FILE (ECF NO. 169) AND PURSUANT TO OCTOBER 1, 2020 PROTECTIVE (ECF NO. 58)**