UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Criminal No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>) |

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE
TO FILE UNDER SEAL TWO EXHIBITS TO GOVERNMENT'S
OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

With the assent of the defendant, the government seeks leave of Court to file under seal two exhibits to the government's forthcoming Opposition to the Defendant's Motion to Suppress his Post-Arrest Statements (docket no. 170). The exhibits consistent of: (1) an unofficial, draft transcript of the defendant's post-arrest interview; and (2) the defendant's signed *Miranda* acknowledgement and waiver. In support of this request, the government notes that these exhibits constitute "discovery materials" under the Stipulated Protective Order entered in this case on October 1, 2020 (docket no. 58). Sealing these materials is consistent with the Protective Order and necessary to ensure that the defendant receives a fair trial.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

By:   */s/ Jason A. Casey*
JASON A. CASEY
JAMES R. DRABICK
Assistant United States Attorneys

Dated: August 6, 2021

CERTIFICATE OF SERVICE

I hereby certify that this document was filed on August 6, 2021 through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Jason A. Casey
Jason A. Casey
Assistant U.S. Attorney