UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>CHARLES LIEBER,<br><br>                    Defendant. | Case No. 20-cr-10111-RWZ |

**NOTICE OF CHANGE OF FIRM ADDRESS**

To:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 83.5.6 of the United States District Court for the District of Massachusetts, please take notice of the following attorney information changes for:

Torrey K. Young

I am an attorney duly admitted to practice before the United States District Court for the Massachusetts, and currently have this case pending before the Court. Please note the change of firm name and change of address below.

| | |
|---|---|
| OLD FIRM NAME: | Mukasey Frenchman & Sklaroff LLP |
| Old Firm Address: | 2 Grand Central Tower |
| | 140 East 45th Street, Suite 17A |
| | New York, New York 10017 |
| | |
| NEW FIRM NAME: | Mukasey Frenchman LLP |
| New Firm Address: | 570 Lexington Avenue, Suite 3500 |
| | New York, New York 10022 |

I will continue to be counsel of record on the above-entitled case.

Dated: August 10, 2021                                    /s/ Torrey K. Young
                                                                        Torrey K. Young

## CERTIFICATE OF SERVICE

      I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 10, 2021.

                                              /s/ Torrey K. Young
                                              Torrey K. Young