

570 Lexington Avenue, Suite 3500
New York, NY 10022

Torrey K. Young
Partner
212-466-6409
Torrey.young@mfsllp.com

October 12, 2021

The Hon. Rya W. Zobel
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

    Re:    United States v. Lieber, 20-cr-10111 (RWZ)

Dear Judge Zobel:

    We represent Professor Charles Lieber in the captioned matter. We write in advance of Thursday's status conference to respectfully ask the Court if it can accommodate the parties' joint request for a trial date of December 13, 2021. See Dkt. 188.

    As the Court will recall, during the telephonic status conference on July 15, 2021, we informed the Court of the grave status of Professor Lieber's health and our concomitant desire for a speedy trial. Our recollection is that because of the extenuating circumstances, the Court expressed a willingness to accommodate such a request. We raised our request for a speedy trial again on September 2, 2021, following the oral argument on our motion to suppress. And, on September 28, 2021, the parties jointly proposed December 13, 2021 as the trial date, subject to the Court's availability and approval.

    Professor Lieber's health continues to be a paramount concern.

    There are two possible treatments that Professor Lieber can consider once the current treatment fails to adequately slow cancer progression or the side effects become too severe, which he fears will be sooner rather than later. Both treatments require extensive hospitalization (i.e., about a month) with isolation given infection risks. Both treatments also have higher treatment associated morbidity (death) than anything he has already tried. The "better" option for Professor Lieber, also has significant risk of neurological impairment.

    Quite simply, time is not on Professor Lieber's side.

    We can elaborate on his health on Thursday.

The Hon. Rya W. Zobel
October 12, 2021
Page 2

                                                        Respectfully submitted,

                                                        /s/ Torrey K. Young
                                                      Torrey K. Young