# EXHIBIT 1

**Withheld Pursuant to October 1, 2020 Stipulated Protective Order (ECF No. 58)**