# EXHIBIT 4

**Withheld Pursuant to October 1, 2020 Stipulated Protective Order (ECF No. 58)**