UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-10111-RWZ |
| | ) | |
| CHARLES LIEBER | ) | |
| | ) | |
| Defendant. | ) | |

## **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

Pursuant to Rule 30 of the Federal Rules of Criminal Procedure, the United States of America respectfully requests that the Court — in addition to the Court's usual preliminary instructions — give the jury the following preliminary instructions according to the 2019 Revisions to the Pattern Criminal Jury Instructions for the District Courts of the First Circuit (the "First Circuit Pattern Instructions"):[1]

- § 1.01    Duties of the Jury

- § 1.02    Nature of Indictment; Presumption of Innocence

- § 1.05    Evidence; Objections; Rulings; Bench Conferences

- § 1.06    Credibility of Witnesses

- § 1.07    Conduct of the Jury

- § 1.09    Outline of Trial

In additional, consistent with First Circuit Pattern Instruction § 1.04, the government respectfully asks the Court to give preliminary instructions regarding the elements of the crimes alleged in the

---

[1] 2019 Revisions to Pattern Criminal Jury Instructions for the District Courts of the First Circuit, U.S. District Court, District of Maine, Updated 6/24/19, available at https://www.med.uscourts.gov/pdf/crpjilinks.pdf.

Superseding Indictment.  The government provides below its proposed final instructions regarding the elements and respectfully proposes that the Court include in its preliminary instructions Proposed Instructions 4 (as to Counts 1 and 2), 6 (as to Counts 3 and 4), and 9 (as to Counts 5 and 6).

With regard to the final instructions, the government respectfully requests that the Court — in addition to the Court's usual final instructions — give the jury First Circuit Pattern Instruction § 3.01 (Duty of the Jury to Find Facts and Follow Law), as well as Proposed Instruction 1 (below), regarding punishment.

The government further anticipates that some and/or all of the following First Circuit Pattern Instructions may also be appropriate for inclusion in the Court's final jury instructions:

- § 2.01 Stipulations

- § 2.06 Evidence of Defendant's Prior Similar Acts

- § 2.07 Weighing the Testimony of an Expert Witness

- § 2.09 Use of Tapes and Transcripts

- § 2.11 Statements by Defendant

- § 2.19 Character Evidence

The United States reserves the right to supplement, modify, or withdraw any of its requested instructions in light of the requests for instructions, if any, filed by the defendant, Charles Lieber, and the evidence presented at trial.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:    */s/ James R. Drabick*
        Jason A. Casey
        James R. Drabick
        Assistant United States Attorneys

Dated: December 3, 2021


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed of December 3, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

*/s/ James R. Drabick*
James R. Drabick
Assistant United States Attorney

3

## **TABLE OF CONTENTS**

1.  Punishment.................................................................................................... 5

2.  The Nature of the Offenses Charged ............................................................ 6

3.  False Statements - Statute ............................................................................ 8

4.  False Statements - Elements ........................................................................ 9

5.  Filing a False Tax Return – Statute............................................................ 11

6.  Filing a False Tax Return – Elements ........................................................ 12

7.  Proof of Signing of Return as Proof of Knowledge of Contents ............... 13

8.  Failure to File Reports of Foreign Bank and Financial Accounts (FBARs) - Statute ...... 14

9.  Failure to File Reports of Foreign Bank and Financial Accounts (FBARs) - Elements... 15

GOVERNMENT'S PROPOSED INSTRUCTION NO. 1.

<u>Punishment</u>[2]

The question of possible punishment of the defendant is of no concern to the jury and should not, in any sense, enter into or influence your deliberations. The duty of imposing sentence rests exclusively upon the court. Your function is to weigh the evidence in the case and to determine whether or not the defendant is guilty beyond a reasonable doubt, solely upon the basis of such evidence. Under your oath as jurors, you cannot allow a consideration of the punishment that may be imposed upon the defendant, if he is convicted, to influence your verdict, in any way, or, in any sense, enter into your deliberations.

---

[2] 1 Modern Federal Jury Instructions-Criminal P 9.01 (2021).

GOVERNMENT'S PROPOSED INSTRUCTION NO. 2.

The Nature of the Offenses Charged[3]

Now I turn to the indictment in this case and the statutes on which it is based.  First, I remind you that an indictment is not evidence of any kind against Charles Lieber.  The indictment is just an accusation on a piece of paper filed with the Court to bring a criminal charge against a defendant.

An indictment may allege more than one charge against a defendant.  When it does, the different charges are stated separately in what we call counts.  The indictment in this case has six counts charged against Charles Lieber:

Counts One and Two charge Charles Lieber with making false statements in matters within the jurisdiction of a government agencies.

Specifically, Count One alleges that Charles Lieber falsely told investigators from the Department of Defense, Defense Criminal Investigative Service, that he was never asked to participate in China's Thousand Talents Program, and that he "wasn't sure" how China categorized him.

Count Two, alleges that Charles Lieber caused Harvard University to falsely tell the National Institutes of Health that he "[wa]s not and has never been a participant in" China's Thousand Talents Program.

Counts Three and Four charge Charles Lieber with filing false tax returns for 2013 and 2014.

---

[3] Adapted from 1A Fed. Jury Prac. & Instr. §§ 13:01, 13.04 (6th ed.).

Finally, Counts Five and Six charge Charles Lieber with failing to file reports of foreign bank and financial accounts, also known as FBARs, for 2014 and 2015.

GOVERNMENT'S PROPOSED INSTRUCTION NO. 3.

<u>False Statements - Statute</u>[4]

Section 1001(a)(2) of Title 18 of the United States Code provides, in part, that:

> Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States … makes any materially false, fictitious or fraudulent statements or representation …

shall be guilty of an offense against the United States.

---

[4] 2A Fed. Jury Prac. & Instr. § 40:06 (6th ed.); 18 U.S.C. § 1001(a)(2).

8

GOVERNMENT'S PROPOSED INSTRUCTION NO. 4.

<u>False Statements - Elements</u>[5]

In Counts One and Two, the government has charged Charles Lieber with making a false statement in a matter within the jurisdiction of a government agency. It is against federal law to make a false statement in a matter within the jurisdiction of a government agency.

For you to find the defendant guilty of this crime you must be convinced that the government has proven each of these things beyond a reasonable doubt:

*First*, that Charles Lieber knowingly and willfully made, or caused to be made, a material false statement;

*Second*, that Charles Lieber made the statement, or caused the statement to be made, voluntarily and intentionally; and

*Third*, that Charles Lieber made the statement, or caused the statement to be made, in a matter within the jurisdiction of a government agency.

A false statement is made "knowingly and willfully" if the defendant knew that it was false or demonstrated a reckless disregard for the truth with a conscious purpose to avoid learning the truth.

---

[5] Adapted from Sections 4.18.1001 and 2.17 of the 2019 Revisions to Pattern Criminal Jury Instructions for the District Courts of the First Circuit, U.S. District Court, District of Maine, Updated 6/24/19, available at https://www.med.uscourts.gov/pdf/crpjilinks.pdf; 2 Modern Federal Jury Instructions-Criminal P 36.10, 36.14 (2021); 2A Fed. Jury Prac. & Instr. § 40:15 (6th ed.).

Further, to act "willfully" means to act voluntarily and intelligently and with the specific intent that the underlying crime be committed—that is to say, with bad purpose, either to disobey or disregard the law—not to act by ignorance, accident or mistake.

A statement is "material" if it has a natural tendency to influence or to be capable of influencing the decision of the decisionmaker to which it was addressed, regardless of whether the agency actually relied upon it.

A statement is "false" if it was untrue when made.

Count 1 alleges that Charles Lieber made two false statements to investigators from the Department of Defense, Defense Criminal Investigative Service: first, that he was never asked to participate in China's Thousand Talents Program, and second, that he "wasn't sure" how China categorized him. The government is not required to prove that Charles Lieber knowingly and willfully made both alleged false statements. But, in order to convict on Count 1, each juror must agree with each of the other jurors unanimously that Charles Lieber knowingly and willfully made at least one such alleged false statement.

Count 2 alleges that Charles Lieber caused Harvard University to make a false statement to the National Institutes of Health. The government need not prove that the defendant physically made or otherwise personally prepared the statement in question. It is sufficient if defendant caused the statement to have been made. Under this statute, there is no distinction between written and oral statements.

Both the U.S. Department of Defense, of which the Defense Criminal Investigative Service is a part, and U.S. Department of Health and Human Services, of which the National Institutes of Health is a part, are agencies within the executive branch of the United States government.

10

GOVERNMENT'S PROPOSED INSTRUCTION NO. 5.

<u>Filing a False Tax Return – Statute</u>[6]

Section 7206(1) of Title 26 of the United States Code provides that:

> Any person who-
>
> [W]illfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter                                                                                    …

shall be guilty of an offense against the United States.

---

[6] 2B Fed. Jury Prac. & Instr. § 67:14 (6th ed.); 26 U.S.C. 7206(1).

GOVERNMENT'S PROPOSED INSTRUCTION NO. 6.

Filing a False Tax Return – Elements[7]

Charles Lieber is charged with willfully filing false federal income tax returns for years 2013 and 2014.  For you to find Charles Lieber guilty of each charge, the government must prove each of the following things beyond a reasonable doubt:

*First*, that Charles Lieber made or caused to be made, a federal income tax return for the year in question that he verified to be true;

*Second*, that the tax return was false as to a material matter;

*Third*, that Charles Lieber signed the return willfully and knowing it was false; and

*Fourth*, that the return contained a written declaration that it was made under the penalty of perjury.

A "material" matter is one that is likely to affect the calculation of tax due and payable, or to affect or influence the IRS in carrying out the functions committed to it by law, such as monitoring and verifying tax liability.  A return that omits material items necessary to the computation of taxable income is not true and correct.

"Willfully" means a voluntary, intentional violation of a known legal duty.

---

[7] Adapted from Section 4.18.1001 of the 2019 Revisions to Pattern Criminal Jury Instructions for the District Courts of the First Circuit, U.S. District Court, District of Maine, Updated 6/24/19, available at https://www.med.uscourts.gov/pdf/crpjilinks.pdf; *United States v. Boulerice*, 325 F.3d 75, 79-80 (1st Cir. 2003).

12

GOVERNMENT'S PROPOSED INSTRUCTION NO. 7.

Proof of Signing of Return as Proof of Knowledge of Contents[8]

Section 6064 of Title 26 of the United States Code provides, in part, that:

> The fact that an individual's name is signed to a return … shall be prima facie evidence for all purposes that the return … was actually signed by him.

In other words, you may infer and find that a tax return was, in fact, signed by the person whose name appears to be signed to it. You are not required, however, to accept any such inference or to make any such finding.

If you find beyond a reasonable doubt from the evidence in the case that Charles Lieber signed the tax return in question, then you may also draw the inference and may also find, but are not required to find, that he knew of the contents of the return that he signed.

---

[8] 2B Fed. Jury Prac. & Instr. § 67:22 (6th ed.); *see also United States v. Olbres*, 61 F.3d 967, 971 (1st Cir. 1995), *cert. denied*, 516 U.S. 991 (1995) ("A jury may permissibly infer that a taxpayer read his return and knew its contents from the bare fact that he signed it."); *United States v. Drape*, 668 F.2d 22, 26 (1st Cir. 1982) (holding that the defendant's signature on his return sufficed to establish knowledge of incorrect contents); *United States v. Romanow*, 505 F.2d 813, 814 (1st Cir. 1974) (dismissing taxpayer's denial that he had read tax form, and stating that "it is clear that a jury could disbelieve him and conclude from nothing more than the presence of his uncontested signature that he had in fact read" the document).

GOVERNMENT'S PROPOSED INSTRUCTION NO. 8.

Failure to File Reports of Foreign Bank and Financial Accounts (FBARs) - Statute[9]

Section 5314 of Title 31 of the United States Code provides that:

"the Secretary of the Treasury shall require a resident or citizen of the United States or a person in, and doing business in, the United States, to keep records, file reports, or keep records and file reports, when the resident, citizen, or person makes a transaction or maintains a relation for any person with a foreign financial agency."

Section 5322 of Title 31 of the United States Code provides that:

"A person willfully violating this subchapter or a regulation prescribed . . . under this subchapter . . ."

shall be guilty of an offense against the United States.

Section 1010.350 of Title 31 of the Code of Federal Regulations provides that:

"Each United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country shall report such relationship to the Commissioner of Internal Revenue for each year in which such relationship exists and shall provide such information as shall be specified in a reporting form prescribed under 31 U.S.C. 5314 to be filed by such persons."

---

[9] 31 U.S.C. §§ 5314, 5322(a); 31 C.F.R. § 1010.350.

14

GOVERNMENT'S PROPOSED INSTRUCTION NO. 9.

Failure to File Reports of Foreign Bank and Financial Accounts (FBARs) - Elements[10]

Charles Lieber is charged with failing to file reports of foreign bank and financial accounts, also known as FBARs, for 2014 and 2015.  For you to find Charles Lieber guilty of each charge, the government must prove each of the following things beyond a reasonable doubt:

*First*: Charles Lieber was a United States person during the calendar year specified in the count;

*Second*: Charles Lieber had a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country during the calendar year specified in the count;

*Third*: the aggregate value of the Charles Lieber's foreign bank, securities, or other financial account exceeded $10,000 at any time during the calendar year specified in the count; and

*Fourth*: the Charles Lieber willfully failed to file an FBAR on or before the due date following the calendar year specified in the count.

A "United States person" means a citizen or resident of the United States.

A person has a "financial interest" in each account for which such person is the owner of record or has legal title, whether the account is maintained for his or her own benefit or for the benefit of others. If an account is maintained in the name of more than one person, each United States person in whose name the account is maintained has a financial interest in that account.

[10] 31 U.S.C. §§ 5314; 31 C.F.R. §§ 1010.350, 1010.306(c).

A person has "signature or other authority" over an account if such person (alone or in conjunction with another) can control the disposition of money, funds, or other assets held in a financial account by direct communications (whether in writing or otherwise) to the person with whom the financial account is maintained.

"Willfully" means a voluntary, intentional violation of a known legal duty.