UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>CHARLES LIEBER    )<br>)<br>Defendant.    )<br>) | Case No. 1:20-cr-10111-RWZ |

## **GOVERNMENT'S PROPOSED VOIR DIRE**

The United States of America hereby respectfully requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

*Familiarity with Case*

1.   Has any member of the jury read anything in the newspaper or heard anything on the radio, the internet, or television concerning this case?

2.   Has any member of the jury discussed the charges in this case with anyone, or overhead such a discussion?

3.   Do any of you have any personal knowledge of the facts of this case that may have come from a source other than the newspapers, radio, internet, or television?

*Questions Identifying Bias Against the Government*

4.   Do you have any beliefs or feelings regarding federal or state government or law enforcement that would affect your ability to evaluate and judge fairly and impartially the facts of this case?

5. Have you, any member of your immediate family, or anyone with whom you are close, ever been involved in a criminal proceeding in any way, including as a defendant, victim, witness, or juror?

6. Do you have any concerns about the criminal justice system or law enforcement in general that would make it difficult for you to be a juror in this case?

7. Have any of you had any dealings or disputes with, or about any, federal or state law enforcement agency or the United States Government which might affect your judgment or your ability to render a fair and impartial verdict in this case?

8. Some of the witnesses that might be called by the United States at trial are employed by the Department of Defense, the National Institutes of Health, the Internal Revenue Services (also known as the IRS) and/or the Federal Bureau of Investigation (as known as the FBI). Have you, or any member of your immediate family, or anyone with whom you are close, ever had any involvement, of any sort, with any of these agencies?

9. Some of the witnesses that might be called by the United States at trial either currently are or formerly were employed by Harvard University. Have you, or any member of your immediate family, or anyone with whom you are close, ever had any involvement, of any sort, with Harvard University?

10. Hollywood produces television programs and movies about crimes and crime solving police work that can create unrealistic expectations about how police work is done in a real case and about evidence in a real case in a court of law. While entertaining, such programs and movies should not be used to set standards or expectations about how crime is investigated in the real world and how matters are proved in a real court of law. Is there anyone who could not put aside such expectations and return a true verdict based only on the evidence presented in this courtroom?

*Question Concerning False Statements Aspect of Case*

11.     This case involves allegations that the defendant knowingly and willfully made false statements to U.S. government agencies.  The Court will instruct you on the law that you will apply with regard to these allegations.  Do any of you believe that standalone offenses for making false statements to government agencies should not be prosecuted as crimes by the United States?

*Questions Concerning Tax Aspect of Case*

12.     Do any of you believe that the income tax laws of the United States are unconstitutional or that it is wrong for the government to impose income taxes?

13.     Do any of you disagree with the idea that everyone is obligated to obey the income tax laws, as well as all other laws of this country?

14.     Do any of you feel that violations of income tax laws should not be prosecuted as crimes by the United States?

15.     People have varying feelings about paying taxes and the tax system.  Nonetheless, this case is not a referendum on the tax laws, or about how you feel about the tax system in place in this country.  The Court will instruct you on the law that you will apply.  Is there anyone who cannot put aside their feelings about the tax system and consider only the facts in this case, and the law as the Court instructs you?

16.     As you know, this case involves the IRS.  Have you, any family member or close friend ever had any dealings or disputes with the IRS, such as audits, criminal investigations, collection activity, or any contact with IRS personnel?

17.     Have any of you, at any time, failed to file tax returns when they were required to be filed?

18.     In general, have you had any difficulties with the IRS or state or local government concerning your taxes?

*Question Concerning China Aspect of Case*

19. This case involves allegations that the defendant engaged in various activities in and/or related to China. Do you hold any beliefs about China generally, or U.S.–China relations, that might affect your judgment or your ability to render a fair and impartial verdict in this case?

<div style="margin-left: 40%;">

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ James R. Drabick*
Jason A. Casey
James R. Drabick
Assistant United States Attorneys

</div>

Dated: December 3, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed of December 3, 2021, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

<div style="margin-left: 40%;">

*/s/ James R. Drabick*
James R. Drabick
Assistant United States Attorney

</div>