

570 Lexington Avenue, Suite 3500
New York, NY 10022

Torrey K. Young
Partner
212-466-6409
Torrey.young@mfsllp.com

December 10, 2021

**VIA ECF**
The Honorable Rya Zobel
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

      **Re:**    **United States v. Lieber (CR-20-10111-RWZ)**

Dear Judge Zobel:

      This letter, and the attached message, received yesterday from the government, serves as an update to our pending Motion *In Limine* to Preclude Expert Testimony.  [ECF 196].

      Dr. Naughton must be disqualified as an expert in Thousand Talents Program participation.  As set forth in the attached message, Dr. Naughton's "expertise" is derived from nothing more than social interactions.

                                                                    Respectfully submitted,

                                                                 /s/ Torrey K. Young
                                                               Torrey K. Young
                                                               Marc L. Mukasey
                                                               Catherine Deist
                                                               Stephanie Guaba

                                                              *Counsel for Defendant Charles Lieber*

cc:     Jason Casey, AUSA
          James Drabick, AUSA

## CERTIFICATION OF SERVICE

  I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 10, 2021.

                /s/ Torrey K. Young
                Torrey K. Young