

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*  *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 12, 2021

The Honorable Rya W. Zobel
Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02110

    RE:    <u>United States v. Charles Lieber</u>
            Case No. 20-cr-10111-RWZ

Dear Judge Zobel,

    The government writes in response to the defendant's inaccurate and misleading letter to you dated December 10, 2021 (ECF. No 210) concerning his motion to exclude the testimony of Dr. Barry Naughton.

    Dr. Naughton is professor of economics who has studied Chinese economic policy for more than 40 years.  Through his studies, he has developed considerable expertise concerning China's Thousand Talents Program.  Much of this expertise is derived from his review and study of materials created and published by the Chinese government, many of which expressly describe the Thousand Talents Program as a tool for acquiring foreign technology and enhancing China's human resources.  The government proposes to have Dr. Naughton explain these fundamental Chinese government policies – with a particular focus on the origins and scope of the Thousand Talents Program – to the jury.  The government's November 1, 2021 expert disclosure to the defendant makes this clear.  For the Court's reference, the government attaches a copy of its expert disclosure to this letter.

    The email from Dr. Naughton attached to the defendant's letter, ECF No. 215, was provided by the government to the defendant in response to the defendant's specific request for notes of conversations that Dr. Naughton has had with other Thousand Talent Program participants. Dr. Naughton's testimony about the Thousand Talents Program will not be based on these conversations.  Indeed, this claim is expressly belied by the government's attached expert disclosure, as well as by the very email from Dr. Naughton the defendant attached to his letter (in which Dr. Naughton states, "In no case would there be any specific factual material that I would testify to from any of these interactions.")

2

        Respectfully submitted

        NATHANIEL R. MENDELL
        Acting United States Attorney

        */s/ Jason A. Casey*
        Jason A. Casey
        James R. Drabick
        Assistant U.S. Attorneys