UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>CHARLES LIEBER      )<br>)<br>Defendant.    )<br>) | Case No. 1:20-cr-10111-RWZ |

## GOVERNMENT'S WITNESS LIST

The government may call the following witnesses to testify at the trial in this matter. The government reserves the right to modify or supplement this list as may be required by further review of evidence, defense submissions and/or events at trial.

### Law Enforcement Witnesses

1. Benjamin Hochberger — Defense Criminal Investigative Service
2. Amy Mousseau — Defense Criminal Investigative Service
3. Nathan Livesay — Federal Bureau of Investigation
4. Samantha Abbott — Federal Bureau of Investigation
5. Robert Plumb — Federal Bureau of Investigation
6. Kara Spice — Federal Bureau of Investigation
7. Kirstin Koch — Federal Bureau of Investigation
8. Courtney Pillsbury — Federal Bureau of Investigation
9. Michelle Gamble — Federal Bureau of Investigation
10. Colleen Ranahan — Internal Revenue Service

**Civilian Witnesses**

| | | |
|---|---|---|
| 11. | Dr. Jeremy Bloxham | Harvard University |
| 12. | Kathleen Ledyard | Harvard University |
| 13. | Sarah Axelrod | Harvard University |
| 14. | Matthew Fox | Harvard University |
| 15. | Renee Donlon | United Kingdom |
| 16. | Jennifer Ponting | Massachusetts |
| 17. | Dr. Michael Lauer | National Institutes of Health |
| 18. | Carl Goodman | Massachusetts |

**Expert Witness**

19. Christopher Beckstrom        Federal Bureau of Investigation

**Keepers of Records**

20. Financial Crimes Enforcement Network

21. Internal Revenue Service

22. Harvard University (Nathan Hall and/or other)

> Respectfully submitted,
>
> NATHANIEL R. MENDELL
> Acting United States Attorney
>
> By:   */s/ James R. Drabick*
>       Jason A. Casey
>       James R. Drabick
>       Assistant United States Attorneys

Dated: December 13, 2021