UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATIONS OF FACT (TAX RETURNS)

The government and counsel for the Defendant have agreed to the following stipulations, which are herein proposed to the Court in a form suitable for presentation to the jury.

In lieu of live testimony at trial, counsel for the United States and counsel for the Defendant have stipulated and agreed to the following facts:

a. Government Exhibit 260 is an accurate and authentic copy of Jennifer K. and Charles M. Lieber's certified U.S. Individual Tax Return, including Form 1040 and accompanying schedules and statements, for the tax period ending December 31, 2013.  The return was filed electronically and received by the U.S. Internal Revenue Service on or about April 15, 2014.

b. Government Exhibit 263 is an accurate and authentic copy of the U.S. Internal Revenue Service's Information Return Program, Payer On Line transcript for Charles M. Lieber for the tax period ending December 31, 2013.

c. Government Exhibit 265 is an accurate and authentic copy of Jennifer K. and Charles M. Lieber's certified U.S. Individual Tax Return, including Form 1040 and accompanying

schedules and statements, for the tax period ending December 31, 2014. The return was filed electronically and received by the U.S. Internal Revenue Service on or about September 29, 2015.

d. Government Exhibit 268 is an accurate and authentic copy of the U.S. Internal Revenue Service's Information Return Program, Payer On Line transcript for Charles M. Lieber for the tax period ending December 31, 2013.

| | |
|---|---|
| CHARLES M. LIEBER | NATHANIEL R. MENDELL<br>Acting United States Attorney |
| */s/ Marc L. Mukasey with consent*<br>MARC L. MUKASEY<br>TORREY K. YOUNG<br>Counsel for Charles M. Lieber | */s/ James R. Drabick*<br>JASON A. CASEY<br>Assistant United States Attorney<br>JAMES R. DRABICK<br>Assistant United States Attorney |