UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CHARLES LIEBER'S PRELIMINARY WITNESS LIST**

In addition to the witnesses identified by the government, Defendant Charles Lieber may call the following witnesses in his case-in-chief, if he chooses to present one:

1. Ariel de Botton

2. Carl Goodman, C.P.A.

3. Sean Tuttle

4. Anqi Zhang

This list is the result of the defense's good faith effort to identify witnesses Professor Lieber may call at trial. Professor Lieber reserves the right to supplement this list in light of the evidence presented at trial, future developments in the case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.

Dated: December 13, 2021
       Boston, Massachusetts

Respectfully submitted,

 /s/ Torrey K. Young
Torrey K. Young (BBO 682550)
Marc L. Mukasey (admitted *pro hac vice*)
Catherine M. Deist (admitted *pro hac vice*)
Stephanie Guaba (admitted *pro hac vice*)

MUKASEY FRENCHMAN LLP

570 Lexington Avenue, Suite 3500
New York, New York 10022
(212) 466-6400

torrey.young@mfsllp.com
marc.mukasey@mfsllp.com
catherine.deist@mfsllp.com
stephanie.guaba@mfsllp.com

*Counsel for Defendant Charles Lieber*

## CERTIFICATION OF SERVICE

    I, Torrey K. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 13, 2021.

                                            /s/ Torrey K. Young
                                            Torrey K. Young