UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) |
| CHARLES LIEBER, | ) ) |
| Defendant. | ) ) ) |

Case No. 20-cr-10111-RWZ

## STIPULATIONS OF FACT
### (PHOTOGRAPHS AND SEIZED EVIDENCE)

On the morning of January 28, 2020, at approximately 6:45 am, federal agents executed a lawfully-obtained search warrant at the residence of Charles and Jennifer Lieber (the "Residence") in Lexington, Massachusetts.  Twenty-three (23) federal agents participated in the search.

The agents collected approximately 25 items from the Residence and they took approximately 571 photographs of the Residence and its contents.  The items collected from the Residence have been preserved and maintained in the same format as the day they were seized. The photographs have been maintained in a digital format, and they are true and accurate representations of certain objects that were photographed that day.

The following exhibits were photographed and/or collected during the search of the Residence and are admissible in evidence:

**GX 210; GX 211; GX 212; GX 213; GX 214; GX 215; GX 217; GX 218; GX 219**

**DX AB (CML_000987; CML_000988; CML_000989; CML_000990; CML_000991; CML_000994; CML_000826; CML_000874; CML_000875)**

2

CHARLES M. LIEBER                                      NATHANIEL R. MENDELL
                                                      Acting United States Attorney


/s/ Marc L. Mukasey with consent                      /s/ James R. Drabick
MARC L. MUKASEY                                       JASON A. CASEY
TORREY K. YOUNG                                       Assistant United States Attorney
CATHERINE M. DEIST                                    JAMES R. DRABICK
STEPHANIE GUABA                                       Assistant United States Attorney
Counsel for Charles M. Lieber