UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 20-cr-10111-RWZ |
| ) | |
| CHARLES LIEBER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATIONS OF FACT
## (DCIS Interview Report & Notes)

The government and counsel for the Defendant have agreed to the following stipulations, which are herein proposed to the Court in a form suitable for presentation to the jury.

In lieu of live testimony at trial, counsel for the United States and counsel for the Defendant have stipulated and agreed to the following facts:

a.  Benjamin Hochberger is a Special Agent with the Defense Criminal Investigative Service ("DCIS") within the Department of Defense Office of the Inspector General.  He has been a DCIS Special Agent since approximately 2000 and he is assigned to DCIS' Boston office.

b.  On April 24, 2018, Special Agent Hochberger participated in an interview of the defendant, Charles Lieber, on the campus of Harvard University.  Special Agent Hochberger took notes of the interview.

c.  Special Agent Hochberger's notes were not intended to be, and were not, a verbatim transcript of the interview.  The notes were intended to generally capture what the defendant said and their purpose was to serve as a vehicle for the later preparation of a formal report of the interview.

d.  Between May 1 and May 7, 2018, Special Agent Hochberger prepared a formal report of the interview intended to memorialize what the defendant said during the interview. Special Agent Hochberger relied on his contemporaneous notes and his memory of the interview to prepare the report.   The interview was still fresh in Special Agent Hochberger's mind at the time he prepared the formal report, and Special Agent Hochberger believed the report to be accurate when he drafted it.

e.  Today, Special Agent Hochberger does not recall with specificity the exact words used in the questions that were posed to the defendant regarding the Thousand Talents Program. Special Agent Hochberger also does not recall with specificity the exact answer or answers the defendant provided in response to those questions, except that Special Agent Hochberger does recall the defendant stating that he (the defendant) was not sure how they (the Chinese) categorized him.

f.  Special Agent Hochberger's notes are marked as Exhibit 322 and the parties jointly move that they be moved into evidence.

g.  Special Agent Hochberger's interview report is marked as Exhibit 323 and the parties jointly move that it be moved into evidence.


CHARLES M. LIEBER                                  NATHANIEL R. MENDELL
                                                   Acting United States Attorney


/s/ Marc L. Mukasey with consent                   /s/ James R. Drabick
MARC L. MUKASEY                                    JASON A. CASEY
TORREY K. YOUNG                                    Assistant United States Attorney
CATHERINE M. DEIST                                 JAMES R. DRABICK
STEPHANIE GUABA                                    Assistant United States Attorney
Counsel for Charles M. Lieber