UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | Case No. 20-cr-10111-RWZ<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29(a)**

Defendant Charles Lieber respectfully moves, pursuant to Federal Rules of Criminal Procedure Rule 29(a), for a judgment of acquittal. Defendant relies upon the Memorandum of Law submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument on this motion.

Dated: December 21, 2021

Respectfully submitted,

CHARLES LIEBER

By his attorneys,

 /s/ Torrey K. Young
Torrey K. Young (BBO # 682550)
Marc L. Mukasey (admitted *pro hac vice*)
Catherine M. Deist (admitted *pro hac vice*)
Stephanie Guaba (admitted *pro hac vice*)

MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
Tel.: (212) 466-6400

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: Boston, Massachusetts
December 21, 2021

 /s/ Torrey K. Young
Torrey K. Young