UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 1:20-CR-10111-RWZ

UNITED STATES OF AMERICA

v.

CHARLES LIEBER

VERDICT FORM

December 21, 2021

WE, THE JURY, FIND THE DEFENDANT, CHARLES LIEBER:

**ON COUNT ONE OF THE SUPERSEDING INDICTMENT**

  **(False Statements)**

  \_\_\_X\_\_\_ GUILTY          _____ NOT GUILTY

**ON COUNT TWO OF THE SUPERSEDING INDICTMENT**

  **(False Statements)**

  \_\_\_X\_\_\_ GUILTY          _____ NOT GUILTY

**ON COUNT THREE OF THE SUPERSEDING INDICTMENT**

(Filing False Tax Returns)

____X____ GUILTY          _____ NOT GUILTY

**ON COUNT FOUR OF THE SUPERSEDING INDICTMENT**

(Filing False Tax Returns)

____X____ GUILTY          _____ NOT GUILTY

**ON COUNT FIVE OF THE SUPERSEDING INDICTMENT**

(Failure to File Reports of Foreign Bank and Financial Account)

____X____ GUILTY          _____ NOT GUILTY

**ON COUNT SIX OF THE SUPERSEDING INDICTMENT**

(Failure to File Reports of Foreign Bank and Financial Account)

____X____ GUILTY          _____ NOT GUILTY

__12/21/2021__          _____
DATE                    FOREPERSON'S SIGNATURE