UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | Case No. 20-cr-10111-RWZ |

**DEFENDANT CHARLES LIEBER'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS**

Defendant Charles Lieber, through his counsel and with the assent of the government, respectfully requests that the Court extend his deadline for filing post-trial motions pursuant to Fed. R. Crim. P. 29 and 33 to the following briefing schedule due to a medical issue (albeit temporary) within the defense team:

a) February 7, 2022 submission by the Defendant;

b) March 7, 2022 opposition brief by the government; and

c) March 21, 2022 reply brief by the Defendant.

WHEREFORE, Defendant Charles Lieber, with the government's assent, respectfully requests that this Court enter a scheduling order with the aforementioned deadlines for filing post-trial motions.

Respectfully submitted,

/s/ Torrey K. Young
Torrey K. Young (#682550)
Marc L. Mukasey (*pro hac vice*)

MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022

## CERTIFICATION OF SERVICE

I hereby certify that on January 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
January 25, 2022

/s/ Torrey K. Young
Torrey K. Young
Mukasey Frenchman, LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
Tel: (212) 466-6400