UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)   Case No. 20-cr-10111-RWZ<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | |

### DEFENDANT CHARLES LIEBER'S ASSENTED-TO MOTION
### FOR LEAVE TO FILE EXCESS PAGES

Defendant Charles M. Lieber, with the assent of the government, respectfully requests leave to file a single memorandum, 30 to 35 pages long, in support of his consolidated Renewed Motion for Judgment of Acquittal pursuant to Fed. R. Crim. P. 29 and for a New Trial pursuant to Fed. R. Crim. P. 33.

In support of this motion, undersigned counsel state:

1. Under the Local Rules, memoranda in support of individual motions are ordinarily limited to 20 pages.

2. We respectfully suggest that we could file two separate motions here (one under Rule 29 and the other under Rule 33), each supported by a 20-page memorandum. We would prefer, however, and we believe the Court would prefer, that we file a single, consolidated motion supported by a single memorandum.

3. If we file a single memorandum, then, we respectfully suggest that we need more than 20 pages in order to adequately present our client's arguments, and to preserve issues in the

event that we need to appeal. The size of the record and the nature and number of the issues require, in our professional judgment, a filing that will be 30 to 35 pages long.

4. We assure the Court that we have rigorously edited our draft memorandum, and will continue to do so. However, in our professional judgment, we need the pages that we request here.

5. The government assents to this request.

WHEREFORE, Defendant Charles M. Lieber respectfully requests that this Court grant leave to file the proposed memorandum.

Respectfully Submitted,

*/s/ Torrey K. Young*
Marc L. Mukasey
Torrey K. Young
Catherine M. Deist
Stephanie Guaba
Mukasey Frenchman, LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
Tel: (212) 466-6400
*marc.mukasey@mfsllp.com*
*torrey.young@mfsllp.com*
*catherine.deist@mfsllp.com*
*stephanie.guaba@mfsllp.com*

## CERTIFICATION OF SERVICE

      I hereby certify that on February 3, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: New York, NY
        February 3, 2022

                                                                                         */s/ Torrey K. Young*