UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 20-cr-10111-RWZ<br>)<br>)<br>)  **ORAL ARGUMENT REQUESTED**<br>)<br>)<br>) |

**MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29(c) OR, ALTERNATIVELY, FOR A NEW TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33(a)**

Defendant Charles Lieber respectfully renews his prior motion for a judgment of acquittal filed pursuant to Fed. R. Crim. P. 29(a) on December 21, 2021, and moves for a new trial pursuant to Fed. R. Crim. P. 33(a), and hereby moves this Court for an Order:

1. As to Defendant Charles Lieber, for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(c)(2) or, alternatively, for a new trial pursuant to Fed. R. Crim. P. 33(a); and

2. Granting any other relief the Court deems just and proper.

WHEREFORE, for the reasons outlined in the accompanying memorandum of law, Defendant Charles Lieber respectfully requests that the Court grant his motion for a judgment of acquittal or, alternatively, for a new trial, and other relief.

Respectfully submitted,

MUKASEY FRENCHMAN LLP

By: /s/ Torrey K. Young
Torrey K. Young (# 682550)
Marc L. Mukasey (*pro hac vice*)
Kenneth A. Caruso (*pro hac pending*)
Catherine M. Deist (*pro hac vice*)

Stephanie Guaba (*pro hac vice*)
570 Lexington Avenue, Suite 3500
New York, New York 10022

## CERTIFICATION OF SERVICE

I hereby certify that on February 7, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
February 7, 2022

   /s/ Torrey K. Young
Torrey K. Young
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
Tel: (212) 466-6400