UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CHARLES LIEBER, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Criminal No. 20-cr-10111-RWZ </br> ) </br> ) </br> ) </br> ) |

**ASSENTED-TO MOTION TO CORRECT
AND AMEND TRIAL RECORD REGARDING EXHIBITS**

The United States respectfully moves this Court, with the defendant's assent, for an order correcting and amending the trial record as to certain admitted exhibits. While preparing post-trial briefs, and in anticipation of a potential appeal, the parties have reviewed the trial record and identified certain instances where the record of admitted exhibits does not match the parties' notes and joint recollection. Pursuant to Federal Rule of Appellate Procedure 10(e), the Court has the authority to conform the record to what transpired during trial, including before the record is forwarded to the Court of Appeals. For efficiency and accuracy purposes, and with the assent and agreement of the defendant, the United States respectfully moves the Court to do so. A proposed order is attached hereto at Exhibit 1.

**Court's Authority to Correct and Amend Trial Record**

Federal Rule of Appellate Procedure 10(e) governs the modification or correction of a trial record for purposes of appeal. *United States v. Cruz-Feliciano*, 786 F.3d 78, 91 (1st Cir. 2015). The Rule states, in pertinent part, "[i]f any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly." Fed. R. App. P. 10(e)(1). The Rule adds that

"[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded." Fed. R. App. P. 10(e)(2).

## **Requested Corrections & Amendments to Trial Record**

The United States requests that the Court enter the proposed order attached hereto at Exhibit 1, which provides the following corrections and amendments to the trial record:

I. <u>Corrections & Amendments to Day 2 Record of Admitted Exhibits (T2: 3)</u>:

   a. Add Exhibit 133, which was admitted at page 85.

II. <u>Corrections & Amendments to Day 3 Record of Admitted Exhibits (T3: 3-4)</u>:

   a. Add Exhibit 11, which was admitted at page 82.

   b. Add Exhibit 23, which was admitted at page 120.

   c. Add Exhibit 31, which was admitted at page 139.

   d. Add Exhibit 35, which was admitted at page 145 (with agreed-upon redactions).

   e. Replace Exhibit 158 with Exhibit 158A, which was admitted at page 164.

III. <u>Corrections & Amendments to Day 4 Record of Admitted Exhibits (T4: 3-5)</u>:

   a. Remove Exhibit 11, which was admitted instead on Day 3 (see above).

   b. Remove Exhibit 23, which was admitted instead on Day 3 (see above).

   c. Add Exhibit 47, which was admitted at page 29.

   d. Add Exhibit 166, which was admitted at page 14.

   e. Add Exhibit 210, which was admitted at page 95 pursuant to stipulation.

   f. Add Exhibit 212, which was admitted at page 95 pursuant to stipulation.

## **CONCLUSION**

With the assent and agreement of the defendant, the United States requests that the Court enter the proposed order attached hereto at Exhibit 1 to correct and amend the trial record.

                                                   Respectfully submitted,

                                                   RACHAEL S. ROLLINS
                                                   United States Attorney

By:    */s/ James R. Drabick*
          Jason A. Casey
          James R. Drabick
          Assistant U.S. Attorneys

Date:  February 24, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed on February 24, 2022, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

                                                   */s/ James R. Drabick*
                                                   James R. Drabick
                                                   Assistant U.S. Attorney