# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CHARLES LIEBER </br></br> Defendant. | ) </br> ) </br> ) No. 20-cr-10111-RWZ </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: March 3, 2022     By:     */s/ Donald C. Lockhart*
DONALD C. LOCKHART, BBO# 564625
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
donald.lockhart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 3, 2022     By:     */s/ Donald C. Lockhart*
DONALD C. LOCKHART, BBO# 564625
Assistant United States Attorney