UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No. 20-cr-10111-RWZ<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | |

**DEFENDANT CHARLES LIEBER'S MOTION
FOR ADJOURNMENT OF HEARING ON MOTION FOR ACQUITTAL PURSUANT
TO FEDERAL RULE OF CRIMINAL PROCEDURE 29(c), OR,
ALTERNATIVELY, FOR A NEW TRIAL PURSUANT TO FEDERAL RULE OF
CRIMINAL PROCEDURE 33(a)**

Defendant, Charles M. Lieber, respectfully requests that the Court adjourn the hearing on his motion for acquittal pursuant to Federal Rule of Criminal Procedure 29(c), or, alternatively, his motion for a new trial pursuant to Federal Rule of Criminal Procedure 33(a).

The Court previously scheduled a hearing date on both motions for March 24, 2022 (ECF No. 268). Defendant requests a new hearing date of March 31, 2022, to allow counsel sufficient time for thorough preparation, in light of previously scheduled travel out of the country on March 24, 2022, in connection with family matters.

The government has no objection to this request.

WHEREFORE, Defendant Charles M. Lieber respectfully requests that this Court grant his motion for adjournment of the hearing to March 31, 2022.

Respectfully Submitted,

 /s/ Kenneth A. Caruso (*pro hac*)
Mukasey Frenchman LLP
570 Lexington Avenue, Suite 3500

New York, NY 10022  
Tel: (212) 466-6400  
*kenneth.caruso@mfsllp.com*  
*marc.mukasey@mfsllp.com*  
*torrey.young@mfsllp.com*  
*catherine.deist@mfsllp.com*  
*stephanie.guaba@mfsllp.com*

## CERTIFICATION OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: London, England, United Kingdom  
       March 14, 2022

 /s/ Kenneth A. Caruso (*pro hac*)  
Kenneth A. Caruso