UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | Criminal No. 20-cr-10111-RWZ |

### [PROPOSED] ORDER CORRECTING AND AMENDING TRIAL RECORD REGARDING EXHIBITS

Upon consideration of the United States' assented-to motion to correct and amend the trial record as to certain admitted exhibits, the Court hereby orders, pursuant to Federal Rule of Appellate Procedure 10(e), that the trial record in this matter is corrected and amended as follows:

I. Day 2 Record of Admitted Exhibits (T2: 3):

   a. Exhibit 133 shall be added, which was admitted at page 85.

II. Day 3 Record of Admitted Exhibits (T3: 3-4):

   a. Exhibit 11 shall be added, which was admitted at page 82.

   b. Exhibit 23 shall be added, which was admitted at page 120.

   c. Exhibit 31 shall be added, which was admitted at page 139.

   d. Exhibit 35 shall be added, which was admitted at page 145.

   e. Exhibit 158 shall be replaced with Exhibit 158A, which was admitted at page 164.

III. Day 4 Record of Admitted Exhibits (T4: 3-5):

   a. Exhibit 11 is removed, which was admitted instead on Day 3 (see above).

   b. Exhibit 23 is removed, which was admitted instead on Day 3 (see above).

    c. Exhibit 47 shall be added, which was admitted at page 29.

    d. Exhibit 166 shall be added, which was admitted at page 14.

    e. Exhibit 210 shall be added, which was admitted at page 95 pursuant to stipulation.

    f. Exhibit 212 shall be added, which was admitted at page 95 pursuant to stipulation.

**SO ORDERED.**

*/s/ Rya W. Zobel*
HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Date: 3/31/22