

**U.S. Department of Justice**

***Rachael S. Rollins***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 24, 2022

The Honorable Rya W. Zobel
United States District Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

Re: *United States v. Lieber*, 20-CR-10111 (RWZ)

Dear Judge Zobel:

Yesterday the First Circuit issued a decision holding that it was appropriate for the district court to apply the plain-error standard in reviewing a new trial motion that raised an unpreserved claim that the prosecutor committed misconduct in her opening, closing and rebuttal:

> In ruling on the new trial motion, the district court correctly articulated the four-prong plain error standard. *See United States v. Brandao*, 448 F. Supp. 2d 311, 318 (D. Mass. 2006) ("[I]t is not unprecedented for a trial court to apply the plain error standard to an objection raised for the first time in a post-trial motion, because at that stage, the court 'performs something of an appellate role.'" (quoting *United States v. Washington*, 263 F. Supp. 2d 413, 426 n.7 (D. Conn. 2003))), *aff'd*, 539 F.3d 44 (1st Cir. 2008). It is efficient for district courts to correct their own plain errors if necessary.

*United States v. Canty*, No. 20-2187, 2022 WL 2255181, at *9 (1st Cir. June 23, 2022).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Donald C. Lockhart*
      Donald C. Lockhart
      Jason A. Casey
      James R. Drabick

Dated: June 24, 2022

Assistant United States Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed on June 24, 2022, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

*/s/ Donald C. Lockhart*
Donald C. Lockhart
Assistant United States Attorney