UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CHARLES LIEBER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 20-cr-10111-RWZ <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO MOTION OF DEFENDANT CHARLES LIEBER FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 83.6.11 and with the government's assent, counsel for Defendant Charles Lieber respectfully requests leave of the Court to file under seal a letter updating the Court on Professor Lieber's health. The letter discusses matters of personal privacy subject to Local Rule 83.6.11(b)(4).

In accordance with Local Rules and with the government's assent, Defendant requests leave of the Court to file this letter *under seal*.

Dated: Plymouth, Massachusetts
August 10, 2022

Respectfully submitted,

  /s/ Torrey K. Young
Torrey K. Young (BBO #682550)
Marc L. Mukasey (admitted *pro hac vice*)

MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
Tel.: (212) 466-6400
torrey.young@mfsllp.com
marc.mukasey@mfsllp.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

      Counsel for the government assents to this Motion. I hereby certify that this document will be sent by electronic mail to counsel for the government on August 10, 2022.

                                                 /s/ Torrey K. Young
                                               Torrey K. Young (BBO #682550)