UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 20-cr-10111-RWZ<br>CHARLES LIEBER, )<br>)<br>Defendant. )<br>) | |

## GOVERNMENT'S MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 83.6.11(b)(4), the United States respectfully requests leave of Court to a file under seal a brief response to the defense's latest submission, ECF No. 285 (filed under seal). In support of this request, the government notes that its response contains private information concerning the defendant's health.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Jason A. Casey
Jason A. Casey
James R. Drabick
Assistant U.S. Attorneys