

570 Lexington Ave, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

December 22, 2022

**VIA EMAIL & ECF**
The Honorable Rya Zobel
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

**United States v. Lieber**
**1:20 -cr-10111 (RWZ)**

Dear Judge Zobel:

This letter is respectfully submitted to request an adjustment of the sentencing date for Charles Lieber, which, earlier today, was scheduled for March 2, 2023. We do not seek to delay this proceeding, and are willing to proceed on an earlier date, subject to the scheduling constraints set forth below.

I am getting married on February 25, 2023, and am scheduled to be away on my honeymoon between March 1, 2023 and March 10, 2023. My partner, Torrey Young, who is critical to this matter, is unavailable between February 16, 2023 and February 21, 2023. If it pleases the Court, we are happy to proceed on February 15, 2023, February 22, 2023, or shortly after I return in mid-March 2023. The government assents to this request, and we will be sensitive to their schedules as well.

Our apologies for this inconvenience.

Respectfully submitted,

 /s/ Marc L. Mukasey
Torrey K. Young
Stephanie Guaba

*Counsel for Defendant Charles Lieber*

cc:   All Counsel (by ECF)
      Maria D'Addieco, USP

**CERTIFICATION OF SERVICE**

      I hereby certify that on December 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
          December 22, 2022

                                            /s/ Marc L. Mukasey
                                            Marc L. Mukasey
                                            MUKASEY FRENCHMAN LLP
                                            570 Lexington Avenue, Suite 3500
                                            New York, New York 10022
                                            Tel: (212) 466-6400