UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 20-cr-10111-RWZ<br>)<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL OF APPEARANCE OF
ATTORNEY CATHERINE M. DEIST

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.5.2(c), I, Catherine M. Deist, formerly of Mukasey Frenchman LLP, hereby withdraw my appearance as counsel of record for Defendant Charles Lieber, and should no longer receive ECF notifications for the above-captioned case. Defendant Charles Lieber will continue to be represented by Marc L. Mukasey, Torrey K. Young, Stephanie Guaba, and Kenneth Caruso.

Dated: Washington, District of Columbia
    March 6, 2023          By:   /s/ Catherine M. Deist
                        Catherine M. Deist
                        Ernest Law Group, PLC
                        505 S. Independence Blvd., Ste. 103
                        Virginia Beach, VA 23452
                        cdeist@ernestlawgroup.net
                        (757) 289-2499