UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT CHARLIES LIEBER'S ASSENTED-TO MOTION TO
CONTINUE SENTENCING DATE**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Criminal Procedure

Rule 32(e)(2), Defendant Charles Lieber respectfully moves to continue his sentencing to April

13, 2023, or such other date thereafter that the Court and Probation can accommodate.

1.      Professor Lieber remains on conditions of release under the supervision of Pre-

Trial Services.

2.      On February 16, 2023, Lieber's sentencing was scheduled for March 28, 2023.

ECF 297.

3.      On the evening of March 2, 2023, 26 days before sentencing. the U.S. Probation

Office released its first draft Pre-Sentence Report.

4.      Under Fed. R. Crim. P. 32(e)(2), the probation officer must give the presentence

report to the defendant, the defendant's attorney, and an attorney for the government at least 35

days before sentencing unless the defendant waives this minimum period. There was no waiver

here.

5.      Adjournment of the sentencing until April 13, 2023 is necessary to allow a thorough review of the Pre-Sentence report, preparation of objections thereto, and preparation of a Memorandum of Law in advance of Professor Lieber's sentencing.

The government consents to this request.

Dated: New York, New York
        March 13, 2023                          By:   /s/ Torrey K. Young
                                                     Torrey K. Young (BBO #682550)
                                                     Marc L. Mukasey (admitted *pro hac vice*)
                                                     Stephanie Guaba (admitted *pro hac vice*)

                                                     MUKASEY FRENCHMAN LLP
                                                     570 Lexington Avenue, Suite 3500
                                                     New York, New York 10022
                                                     torrey.young@mfsllp.com
                                                     (212) 466-6400

**CERTIFICATION OF LOCAL RULE 7.1(a)(2) AND SERVICE**

   Counsel for the government assents to this Motion. I hereby certify that on March 13, 2023, this document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
   March 13, 2023

           /s/ Torrey K. Young
           Torrey K. Young