UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR PRE-SENTENCE PAYMENT**

With the assent of the defendant, the United States hereby requests an Order for Pre-Sentence Payment, pursuant to 28 U.S.C. §§ 1651, 2041 and 2042, directing the Clerk of the Court to accept pre-sentence payments toward the criminal monetary penalties, including restitution, to be imposed against the defendant. In support of this motion, the United States respectfully submits the following.

On December 21, 2021, a jury found the defendant guilty of making false statements to the National Institutes of Health and the U.S. Department of Defense in violation of 18 U.S.C. § 1001(a)(2), filing materially false tax returns in violation of 26 U.S.C. § 7206(1), and failing to file reports of foreign bank and financial accounts in violation of 31 U.S.C. §§ 5314 and 5322. The defendant is scheduled to be sentenced on April 13, 2023.

The defendant's tax crimes, in particular, concern his failure to disclose income on his federal income tax returns for the years 2013 and 2014. At sentencing, the government intends to seek an order of restitution to the Internal Revenue Service ("IRS") in an amount equal to the tax loss associated with the defendant's undisclosed income. A conservative estimate of the tax loss in this case is $33,600.

Allowed

Ryan Zobel.)
3/28/23