UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the motion of the United States for an order directing the Clerk of the Court to accept pre-sentence payments toward the criminal monetary penalties, including restitution, to be imposed against the defendant in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receipt payments submitted by or on behalf of the defendant toward his criminal monetary penalties, including restitution, and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal monetary penalties, including restitution, imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

SO ORDERED.

Rya W. Zobel
United States District Judge

Dated: 3/28/23