UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO CONTINUE SENTENCING

The United States and the defendant, Charles Lieber, (together, "the Parties") jointly move to continue the sentencing in this matter until the week of April 24, 2023. The Parties are actively discussing a joint sentencing recommendation for the Court's consideration and approval. The requested continuance is necessary to allow the Parties time to continue these discussions and potentially file sentencing memoranda with the Court that reflect the joint proposal. The Parties are widely available for sentencing during the week of April 24th.

WHEREFORE, the Parties respectfully ask this Court to continue the sentencing in this matter to a date and time convenient to the Court during the week of April 24, 2023.

Respectfully submitted,

| | |
|---|---|
| CHARLES LIEBER, | RACHAEL S. ROLLINS, |
| Defendant | United States Attorney |

By: /s/ Marc Mukasey          By: /s/ Jason A. Casey
    Marc Mukasey                  Jason A. Casey
    Torrey Young                  Assistant United States Attorney
    Attorneys for the Defendant