UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 20-cr-10111-RWZ |
| CHARLES LIEBER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ASSENTED-TO MOTION OF THE DEFENDANT TO RELEASE HIS SECURED BOND**

Defendant Charlies Lieber respectfully moves, with the Government's assent, for the release of Defendant's personal secured bond.

On January 30, 2020, Magistrate Judge Marianne Bowler set forth an Order Setting Conditions of Release (herein "Bail Order"). *See* ECF 15.

The Bail Order was subsequently modified such that Professor Lieber's personal recognizance bond was secured by his Residence. *See* ECF 40; ECF 65.

On or about April 26, 2023, this Court sentenced Professor Lieber to time served; a 24-month term of supervised release, the first six months of which are to be served in home detention; and imposed a fine of $50,000 to be paid within 30 days. *See* ECF 310.

Professor Lieber has satisfied the terms and conditions of his pre-trial Bail Order.

For the foregoing reasons, Professor Lieber respectfully requests the Court enter an order directing the Clerk's Office to release his personal secured bond and all agreements related thereto.

Dated: New York, New York          Respectfully submitted,
       November 27, 2023
                                   CHARLES LIEBER

                                   By his attorneys,

/s/ Torrey K. Young
Torrey K. Young (BBO #682550)
Marc L. Mukasey (admitted *pro hac vice*)
Stephanie Guaba (admitted *pro hac vice)*

MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
(212) 466-6400
torrey.young@mfsllp.com

**LOCAL RULE 7.1(a)(2) AND SERVICE CERTIFICATION**

      Counsel for the government assents to this Motion.  I hereby certify that on November 27, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties via the Court's electronic filing system.

                                                                                              /s/ Torrey K. Young  
                                                                                             Torrey K. Young