UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : 20-cr-10111 (DJC) |
| CHARLES LIEBER, | : |
| Defendant. | : |

**NOTICE OF CHANGE OF FIRM NAME**

To:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 83.5.6 of the United States District Court for the Massachusetts, please take notice of the following attorney information changes for:

Torrey K. Young

I am an attorney duly admitted to practice before the United States District Court for the District of Massachusetts, and currently have cases pending before the Court. Please note the change of firm name and e-mail address below.

OLD FIRM NAME:     MUKASEY FRENCHMAN LLP
Old Email Address:     torrey.young@mfsllp.com

NEW FIRM NAME:     MUKASEY YOUNG LLP
New Email Address:     torrey.young@mukaseylaw.com

Dated: January 9, 2024                               /s/ Torrey K. Young
                                                                    Torrey K. Young

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties via the Court's electronic filing system.

 /s/ Torrey K. Young
Torrey K. Young