

# Memorandum

To: The Honorable Denise J. Casper, U.S. District Judge

From: Kylie Fucci, Probation Officer Assistant

Date: June 6, 2024

Re: Lieber, Charles
Docket # 1:20CR10111-DJC-1
**Request for International Travel**

---

On April 26, 2023, Mr. Lieber appeared before Your Honor having been found guilty of Counts One-Two: False Statements, in violation of 18 U.S.C. § 1001(a)(2), Counts Three-Four: Filing a False Tax Return, in violation of 26 U.S.C. § 7206(1), and Counts Five-Six: Failure to File Report of Foreign Bank and Financial Accounts, in violation of 31 U.S.C. § 5314 & 5322. He was sentenced to 24 months of probation. Mr. Lieber commenced his term of probation on April 26, 2023.

The purpose of this memorandum is to advise the Court of Mr. Lieber's request to travel to The People's Republic of China from July 14, 2024, to July 20, 2024, to discuss potential faculty appointment and employment opportunities at the University of Hong Kong, and to deliver a scientific talk to the faculty and students. Subsequent to receiving the defendant's request, on May 16, 2024, this Officer contacted The People's Republic of China Consulate on his behalf to seek permission for his visit in accordance with our district's travel policy. Our office has yet to hear back from The People's Republic of China Consulate.

Mr. Lieber has remained in compliance during his term of supervision and is presently on a low intensity caseload. Our office is in support of the above-requested travel and asks that Your Honor consider granting permission for his travel. If Your Honor approves, indicate by signing below:

Reviewed and Approved by:

*/s/Amanda J. Pawlowski*
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

The Court Orders:

I concur_____

I do NOT concur_____

_____
The Honorable Denise J. Casper
U.S. District Judge
Date: _____

1