UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIEBER,<br><br>Defendant | Crim. No. 20-10111-DJC |

## NOTICE OF WITHDRAWAL

Undersigned counsel withdraws as counsel for the United States in this matter. The government will continue to be represented by Assistant United States Attorneys Jason Casey and J.R. Drabick.

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By:    /s/ Evan D. Panich
       EVAN D. PANICH
       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        /s/ Evan D. Panich
                                        Assistant United States Attorney

Date: June 7, 2024