

# Memorandum

To: The Honorable Denise J. Casper, U.S. District Judge

From: Amanda Pawlowski, Supervisory U.S. Probation Officer

Date: October 25, 2024

Re: Lieber, Charles
Docket # 1:20CR10111-DJC-1
**Request for International Travel**

---

On April 26, 2023, Mr. Lieber appeared before Judge Rya Zobel after having been found guilty of Counts One-Two: False Statements, in violation of 18 U.S.C. § 1001(a)(2), Counts Three-Four: Filing a False Tax Return, in violation of 26 U.S.C. § 7206(1), and Counts Five-Six: Failure to File Report of Foreign Bank and Financial Accounts, in violation of 31 U.S.C. § 5314 & 5322. He was sentenced to time served, followed by 24 months of supervised release. Mr. Lieber commenced his term of supervision on April 26, 2023.

On December 13, 2023, jurisdiction authority was reassigned to Your Honor.

The purpose of this memorandum is to advise the Court of Mr. Lieber's request to travel to Beijing, China for the purposes of employment networking and delivering a keynote lecture with students and faculty. Subsequent to receiving the defendant's request, the U.S. Probation Office has contacted The People's Republic of China Consulate on his behalf to seek permission for his visit in accordance with our district's travel policy. Our office has yet to hear back from The People's Republic of China Consulate.

Mr. Lieber has remained in compliance during his term of supervision and is presently on a low intensity caseload. Our office is in support of the above-requested travel and asks that Your Honor consider granting permission for his travel. If Your Honor approves, indicate by signing below:

Reviewed and Approved by:

*/s/ Amanda J. Pawlowski*
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

1

The Court Orders:

    I concur_____

    I do NOT concur_____

_____
The Honorable Denise J. Casper
U.S. District Judge

Date: _____

- Page 2