UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. CHARLES LIEBER<br><br>　　　　　Defendants. | Case No. 1:20-CR-10111-DJC-1 |

# NOTICE OF APPEARANCE

Please take notice that Robert A. Fisher of the firm of Nixon Peabody LLP is appearing as counsel on behalf of defendant, Dr. Charles Lieber, in the above-captioned action and requests the service of all pleadings, orders and notices in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Robert A. Fisher*

　　　　　　　　　　　　　　　　　Robert A. Fisher (BBO No. 652602)
　　　　　　　　　　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　Tel.: (617) 345-1000
　　　　　　　　　　　　　　　　　Fax: (617) 345-1300

Dated:  November 6, 2024

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, November 6, 2024.

/s/ *Robert A. Fisher*
Robert A. Fisher