

# Memorandum

To:     The Honorable Denise J. Casper, U.S. District Judge

From:  Malik Louis, U.S. Probation Technician

Date:   December 4, 2024

Re:     Lieber, Charles
        Docket # 1:20CR10111-DJC-1
        **Request for International Travel**

---

On April 26, 2023, Mr. Lieber appeared before Your Honor after having been found guilty of Counts One-Two: False Statements, in violation of 18 U.S.C. § 1001(a)(2), Counts Three-Four: Filing a False Tax Return, in violation of 26 U.S.C. § 7206(1), and Counts Five-Six: Failure to File Report of Foreign Bank and Financial Accounts, in violation of 31 U.S.C. § 5314 & 5322. He was sentenced to time served, followed by 24 months of supervised release. Mr. Lieber commenced his term of supervision on the same date.

The purpose of this memorandum is to advise the Court of Mr. Lieber's request to travel to Hong Kong, China from January 18, 2025, to January 28, 2025 for the purposes of discussing potential employment and scientific collaborations. Subsequent to receiving the defendant's request, the U.S. Probation Office has contacted The People's Republic of China Consulate on his behalf to seek permission for his visit in accordance with our district's travel policy. Our office has yet to hear back from The People's Republic of China Consulate.

Mr. Lieber has remained in compliance during his term of supervision and is presently on a low intensity caseload. If Your Honor approves, indicate by signing below:

Reviewed and Approved by:

*/s/Andrew Kessler- Cleary*
Andrew Kessler-Cleary
Supervisory U.S. Probation Officer

The Court Orders:

I concur ___X___

_____
The Honorable Denise J. Casper
U.S. District Judge

Date: December 5, 2024

I do NOT concur _____

1